# Exhibit 2

## U.S. Patent No. 7,698,744 ("'744 Patent")

**Accused Instrumentalities**

Dell products, including, without limitation, Dell Safeguard and Response, and all versions and variations thereof since the issuance of the asserted patent.

| Claim 37 | Accused Instrumentalities |
|---|---|
| [37.0] A program storage device readable by a computer system, tangibly embodying a program of instructions executable by one or more computer processors of the computer system to perform method steps for allowing authorized code to execute on the computer system comprising: | To the extent the preamble is limiting, the Accused Instrumentalities include a program storage device readable by a computer system, tangibly embodying a program of instructions executable by one or more computer processors of the computer system to perform method steps for allowing authorized code to execute on the computer system.<br><br>*See* claim limitations below.<br><br>*See also, e.g.*:<br><br><br><br>https://www.dell.com/support/kbdoc/en-vc/000185090/what-is-dell-safeguard-and-response |

1

| Claim 37 | Accused Instrumentalities |
|---|---|
|  | Dell Technologies has integrated the VMware Carbon Black Cloud endpoint protection platform into its security portfolio, according to a prepared statement. The news comes after VMware acquired Carbon Black in August for $1.9 billion.<br><br>https://www.msspalert.com/news/dell-carbon-black-partner |

2

| Claim 37 | Accused Instrumentalities |
|---|---|
| |  https://www.dell.com/support/kbdoc/en-us/000126090/what-is-vmware-carbon-black-cloud |

| Claim 37 | Accused Instrumentalities |
|---|---|
|  |  https://www.dell.com/support/kbdoc/en-us/000182859/how-to-create-exclusions-or-inclusions-for-vmware-carbon-black-cloud |

| Claim 37 | Accused Instrumentalities |
|---|---|
| [37.1] intercepting a request to create a process associated with a code module; | The Accused Instrumentalities include a program storage device readable by a computer system, tangibly embodying a program of instructions executable by one or more computer processors of the computer system to perform method steps for allowing authorized code to execute on the computer system comprising intercepting a request to create a process associated with a code module.<br><br>For example, the Accused Instrumentalities intercept process creations.<br><br>*See, e.g.,*<br><br>> The *VMware Carbon Black Cloud Platform* offers multiple interconnected security services. *VMware Carbon Black Cloud Endpoint Standard* offers next-generation antivirus and behavioural EDR collecting data on process creations, file and registry modifications, cross process events, network connections and binary meta data.<br><br>https://www.vmware.com/docs/vmw-datasheet-vmware-carbonblack-cloud-privacy |

5

| Claim 37 | Accused Instrumentalities |
|---|---|
| | **Environment**<br><br>- Carbon Black Cloud (formerly PSC) Sensor: All Versions<br>    - Audit & Remediation (was CB LiveOps)<br>    - Endpoint Standard (was CB Defense)<br>    - Enterprise EDR (was CB ThreatHunter)<br>    - Managed Detection (was CB ThreatSight)<br><br>**Resolution**<br><br>A sensor collects relevant data attributes falling under the following categories:<br><br>- Process Creations (selected data)<br>- File Modifications (selected data)<br>- Registry Modifications (selected data)<br>- Cross-process events (selected data)<br>- Network connections (all)<br>- Binary meta-data (all)<br><br>https://knowledge.broadcom.com/external/article/284898/which-categories-of-data-is-collected-by.html |

| Claim 37 | Accused Instrumentalities |
|---|---|
| [37.2] determining whether to authorize the request by causing a cryptographic hash value of the code module to be authenticated with reference to a whitelist database remote from the computer system and maintained by a trusted service provider, the remote whitelist database containing cryptographic hash values of approved code modules, which are known not to contain viruses or malicious code; and | The Accused Instrumentalities include a program storage device readable by a computer system, tangibly embodying a program of instructions executable by one or more computer processors of the computer system to perform method steps for allowing authorized code to execute on the computer system comprising determining whether to authorize the request by causing a cryptographic hash value of the code module to be authenticated with reference to a whitelist database remote from the computer system and maintained by a trusted service provider, the remote whitelist database containing cryptographic hash values of approved code modules, which are known not to contain viruses or malicious code.<br><br>For example, the Accused instrumentalities determine whether to authorize the request by evaluating the file's hash against its CLOUD, APPROVED_DATABASE, which contains cryptographic hash values of approved code modules, using cloud-based hashing checks.<br><br>*See, e.g.*:<br><br>**Reputation Assignment**<br>*Last Updated October 16, 2025*<br><br>Carbon Black Cloud assigns reputations for files to identify their level of trust or distrust.<br><br>https://techdocs.broadcom.com/us/en/carbon-black/cloud/carbon-black-cloud/index/cbc-user-guide-tile/GUID-9EC9EBA9-2BAF-49FB-96D5-D28917679998-en/GUID-84BBD4DA-CA1C-437D-A42D-95FDE82B6E81-en/GUID-41FE63FF-9D6E-4CEC-9EE3-2BC8153B09D3-en.html<br><br>**Important**<br>Carbon Black Cloud is replacing the terms *blacklist* and *whitelist* with *banned list* and *approved list*. Notice will be provided in advance of terminology updates to APIs, TTPs, and Reputations. The reputation source CLOUD stands for Cloud Database and AV for Local Scanner. |

| Claim 37 | Accused Instrumentalities |
|---|---|
| | https://techdocs.broadcom.com/us/en/carbon-black/cloud/carbon-black-cloud/index/cbc-user-guide-tile/GUID-9EC9EBA9-2BAF-49FB-96D5-D28917679998-en/GUID-84BBD4DA-CA1C-437D-A42D-95FDE82B6E81-en/GUID-41FE63FF-9D6E-4CEC-9EE3-2BC8153B09D3-en.html <br><br> **Priority 4** <br> Reputation: Trusted Approved List <br> Reputation Search Value: TRUSTED_WHITE_LIST <br> Reputation Sources: CLOUD, APPROVED_DATABASE <br> Description: <br> Carbon Black Analytics and threat intelligence feeds determine the Trusted Approved List reputation. This reputation indicates the hash as a known good file, and it is assigned by either Carbon Black Cloud or the Local Scanner. It is where a file is signed with a Publisher and CA on a list managed by Carbon Black. <br><br> https://techdocs.broadcom.com/us/en/carbon-black/cloud/carbon-black-cloud/index/cbc-user-guide-tile/GUID-9EC9EBA9-2BAF-49FB-96D5-D28917679998-en/GUID-84BBD4DA-CA1C-437D-A42D-95FDE82B6E81-en/GUID-41FE63FF-9D6E-4CEC-9EE3-2BC8153B09D3-en.html <br><br> **If there IS NOT a rule listed under "WHAT TRIGGERED THIS ALERT?"** <br> 1. Open the Alert Triage for the relevant Alert. Note: In the interactive process tree window, any tiles with a red shield tag are processes the Sensor applied a Deny or Terminate action on. <br> 2. Scroll to the bottom of the webpage and find the Observations section. <br> 3. A Policy Terminate or Policy Deny tag will be assigned to any Observation where either blocking action took place. <br> 4. Expand the Observation for the relevant block event to see the Observation Details. <br> 5. For the process and child process (if applicable) involved, note the Effective Reputation and TTPs assigned to each. Example: <br>    o Process: C:\Windows\System32\cmd.exe <br>    o Process Effective Reputation: TRUSTED_WHITE_LIST <br>    o TTPs: RUN_UNKNOWN_APP <br>    o Child Process: D:\Dev\GitHub\CustomFile.exe <br>    o Child Process Effective Reputation: NOT_LISTED <br>    o TTPs: UNKNOWN_APP, PACKED_CALL <br> 6. At this point it's important to note that the block is going to be caused by a Blocking and Isolation Rule. We can use the data collected from step 5 to determine which rule caused the block. <br>    o If the block event states "A Deny Policy Action was applied", then that indicates it is matching a "Deny Operation" Blocking and Isolation rule. <br>    o If the block event states "A Terminate Policy Action was applied" then that indicates it is matching a "Terminate Process" Blocking and Isolation rule. |

8


| Claim 37 | Accused Instrumentalities |
|---|---|
|  | https://knowledge.broadcom.com/external/article/292504/troubleshooting-unexpected-blocks-by-the.html<br><br>| Title | Description |<br>| Hash | The SHA-256 of the application/process. Click the hyperlinked hash to search by SHA-256 hash on the **Events** tab. |<br><br>https://www.scribd.com/document/498201411/03-Carbon-Black-Cloud-Endpoint-Enterprise-User-Guide |
| [37.3] allowing the code module to be loaded and executed within the computer system if the cryptographic hash value matches one of the cryptographic hash values of approved code modules within the remote whitelist database. | The Accused Instrumentalities include a program storage device readable by a computer system, tangibly embodying a program of instructions executable by one or more computer processors of the computer system to perform method steps for allowing authorized code to execute on the computer system comprising allowing the code module to be loaded and executed within the computer system if the cryptographic hash value matches one of the cryptographic hash values of approved code modules within the remote whitelist database.<br><br>For example, the Accused Instrumentalities allow the code module to be loaded and executed when a hash of a file matches an entry in its remote Trusted/Approved Lists, sourced from the CLOUD, APPROVED_DATABASE.<br><br>*See, e.g.,* |

| Claim 37 | Accused Instrumentalities |
|---|---|
| |  https://www.dell.com/support/kbdoc/en-vc/000185090/what-is-dell-safeguard-and-response https://techdocs.broadcom.com/us/en/carbon-black/cloud/carbon-black-cloud/index/cbc-user-guide-tile/GUID-9EC9EBA9-2BAF-49FB-96D5-D28917679998-en/GUID-84BBD4DA-CA1C-437D-A42D-95FDE82B6E81-en/GUID-41FE63FF-9D6E-4CEC-9EE3-2BC8153B09D3-en.html |

| Claim 37 | Accused Instrumentalities |
|---|---|
| | TRUSTED_WHITE_LIST (Trusted approved list): Reputation is determined from analytics and intelligence feeds; the hash is Known Good as determined by the Carbon Black Cloud and/or the Carbon Black Cloud Sensor. <br><br> https://www.scribd.com/document/498201411/03-Carbon-Black-Cloud-Endpoint-Enterprise-User-Guide <br><br> **Adding to the Approved List** <br> *Last Updated October 16, 2025* <br><br> Adding to the approved list approves the presence and actions of specified applications. Adding to the approved list is global in its effects and applies to all policies attached to a particular version of an application. <br><br> https://techdocs.broadcom.com/us/en/carbon-black/cloud/carbon-black-cloud/index/cbc-user-guide-tile/GUID-9EC9EBA9-2BAF-49FB-96D5-D28917679998-en/GUID-84BBD4DA-CA1C-437D-A42D-95FDE82B6E81-en/GUID-B05BAA16-7A69-457C-8269-C9314B73B904-en.html |