# Exhibit 4

# U.S. Patent No. 7,702,742 ("'742 Patent")

**Accused Instrumentalities**

Dell products, including, without limitation, Dell Servers using CXL such as the PowerEdge R670, R770, R7715, and R7725 product lines.

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] A method, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method.<br><br>*See* claim limitations below.<br><br>*See also, e.g.*:<br><br>**Dell**<br>"Dell Technologies has been a strong supporter of CXL technologies since the CXL Consortium was formed, and we believe the capabilities enabled by the CXL 3.1 Specification will further grow the CXL ecosystem. We are actively engaged at the CXL board of directors, technical task force, and work group levels to ensure CXL standards are beneficial to the industry and our customers.  Dell also is leading efforts with other industry standards groups to ensure CXL memory module and management standards are available.  We see great value to the industry as technology approaches consolidate and CXL is embraced as the industry standard for memory expansion and cache coherent accelerators."<br>*Stuart Berke, Fellow & VP, Dell Technologies*<br><br>https://computeexpresslink.org/wp-content/uploads/2024/01/CXL_3.1-Statement-of-Support_FINAL.pdf.<br><br>CXL 2.0 introduces switching capabilities, enabling memory pooling and the creation of more flexible, fabric-attached memory solutions. Servers supporting CXL 2.0 are at the forefront of this new architectural paradigm and are backward compatible with CXL 1.1 devices.<br><br>https://stevescargall.com/blog/2025/06/cxl-server-buyers-guide-a-complete-list-of-ga-platforms-updated-2025/. |

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | <table><tr><th>OEM Vendor</th><th>Server Model</th><th>CPU Vendor</th><th>Rack Height (U)</th><th>GPU Support</th><th>CXL Version</th><th>CXL Device Support</th><th>Product Link</th></tr><tr><td>**Dell**</td><td>PowerEdge R670</td><td>Intel</td><td>1U</td><td>Yes, up to 4x single-width</td><td>2.0</td><td>AIC, E3.S</td><td>Link</td></tr><tr><td>**Dell**</td><td>PowerEdge R770</td><td>Intel</td><td>2U</td><td>Yes, up to 8x double-width</td><td>2.0</td><td>AIC, E3.S</td><td>Link</td></tr><tr><td>**Dell**</td><td>PowerEdge R7715</td><td>AMD</td><td>2U</td><td>Yes, up to 4x double-width</td><td>2.0</td><td>AIC</td><td>Link</td></tr><tr><td>**Dell**</td><td>PowerEdge R7725</td><td>AMD</td><td>2U</td><td>Yes, up to 8x double-width</td><td>2.0</td><td>AIC</td><td>Link</td></tr></table><br>https://stevescargall.com/blog/2025/06/cxl-server-buyers-guide-a-complete-list-of-ga-platforms-updated-2025/. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Introduction**<br><br>Dell now offers CXL Memory Expansion Add-In Card (AIC). It is a full-height, half-length, and single-width AIC.<br><br>CXL Memory Expansion AIC which has four RDIMMs populated, supports 384 GB per AIC.<br><br>CXL Memory Expansion AICs are installed in the x16 sized physical CEM riser slots of the server. Memory Expansion AIC can be configured in two modes:<br><br>Conventional Memory Mode (General Purpose Memory Mode):<br><br>• Users can select Conventional Memory to directly map CXL memory and add it to the system's physical memory, making it visible in the UEFI memory map. CXL memory and standard DDR memory appear as a unified resource within the SRAT data structure.<br>• All CXL memory is now accessible to the operating system kernel, and applications can access it using standard system kernel calls or library functions.<br><br>https://www.dell.com/support/manuals/en-us/poweredge-r7715/cxl_user_guide_amd/Introduction?guid=guid-f82c7eb5-7b85-4923-b237-276503cc7262&lang=en-us.<br><br>A key advancement is the introduction of CXL (Compute Express Link) technology. The PowerEdge 16G introduced CXL 1.1, while the PowerEdge 17G servers support CXL memory expansion, with updated CXL 2.0 support enabling scalable memory expansion for next-gen workloads. PowerEdge 17G models currently supporting CXL 2.0 are R670, R770, R7725 and R6725.<br><br>https://www.delltechnologies.com/asset/en-in/products/servers/technical-support/poweredge-r7725-technical-guide.pdf. |

3

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Server hardware configuration** |

Dell CXL Memory Expansion AICs are supported in the R7725 and R7715 PowerEdge Servers. The CXL Memory Expansion AICs are only supported with 5th Generation AMD EPYC 9005 Series processors.

**Table 3. Server hardware configuration**

| Platform | Native DIMM Configuration (per CPU) | Total Native DIMM Capacity Per System (GB) | CXL Device Configuration (per CPU) | Total CXL Device Capacity Per System (GB) | Total Memory Capacity Per System (GB) | CXL Device Form Factor | CPU 0 Port Assignments Link Width | CPU 1 Port Assignments Link Width | CXL Modes Supported Homogeneous Interleave * | RTS Timeline |
|---|---|---|---|---|---|---|---|---|---|---|
| R7725 | 12 x 96 GB | 2304 | 1 x AIC (96 GB DIMM*4) | 768 | 3072 | AIC | P3 (x16) | P3 (x16) | Y | March CY25 |
| R7715 | 24 x 96GB | 2304 | 2 x AIC (96GB DIMM*4) | 768 | 3072 | AIC | P0 (x8 + x8) | N/A | Y | June CY25 |

[https://dl.dell.com/content/manual16552451-dell-cxl-memory-expansion-aic-user-s-guide.pdf?language=en-us](https://dl.dell.com/content/manual16552451-dell-cxl-memory-expansion-aic-user-s-guide.pdf?language=en-us).

Conventional Memory Mode (General Purpose Memory Mode):

- Users can select Conventional Memory to directly map CXL memory and add it to the system's physical memory, making it visible in the UEFI memory map. CXL memory and standard DDR memory appear as a unified resource within the SRAT data structure.
- All CXL memory is now accessible to the operating system kernel, and applications can access it using standard system kernel calls or library functions.

[https://dl.dell.com/content/manual16552451-dell-cxl-memory-expansion-aic-user-s-guide.pdf?language=en-us](https://dl.dell.com/content/manual16552451-dell-cxl-memory-expansion-aic-user-s-guide.pdf?language=en-us).

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | ## New technologies<br><br>The PowerEdge R7725 can handle demanding workloads and applications, such as data warehouse, eCommerce, databases, and high-performance computing (HPC).<br><br>**Table 1. New technologies**<br><br>| Technology | Detailed Description |<br>|---|---|<br>| AMD EPYC 5th Generation 9005 Series | Core count: Up to 192 cores for Zen5 processor |<br>| | CXL 2.0: supports Type 3 memory<br>ⓘ **NOTE:** The AMD 9005 series CPUs support CXL 2.0 devices Type 1, Type 2, and Type 3, whereas the PowerEdge R7725 supports only CXL Type 3 memory devices. |<br>| | PCIe link encryption and PCIe hotplug port reconfiguration |<br>| | Maximum TDP: 500 W |<br><br>https://www.delltechnologies.com/asset/en-in/products/servers/technical-support/poweredge-r7725-technical-guide.pdf. |
| [1.1] receiving, by a network interface of a computer system, a plurality of memory transaction messages (MTMs) from a local memory controller of the computer system, wherein each MTM of the plurality of MTMs comprises a set of information and conforms to a processor bus protocol that is used by one or more local processors of the computer system or the local memory controller to | The Accused Instrumentalities perform a method that includes receiving, by a network interface of a computer system, a plurality of memory transaction messages (MTMs) from a local memory controller of the computer system, wherein each MTM of the plurality of MTMs comprises a set of information and conforms to a processor bus protocol that is used by one or more local processors of the computer system or the local memory controller to access a local memory of the computer system.<br><br>For example, the Accused Instrumentalities receive, at an interface of transaction layer / link layer, and the ARB/MUX, CXL.mem transactions from a CPU coherency engine. Each CXL.mem transaction contains a set of information (e.g., MemOpcode, SnpType, MetaField/Value, Tag, Address). Each CXL.mem transaction also conforms to the memory protocol, which is used by a CPU or memory controller and a local memory.<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
| access a local memory of the computer system; | **Dell**<br>"Dell Technologies has been a strong supporter of CXL technologies since the CXL Consortium was formed, and we believe the capabilities enabled by the CXL 3.1 Specification will further grow the CXL ecosystem. We are actively engaged at the CXL board of directors, technical task force, and work group levels to ensure CXL standards are beneficial to the industry and our customers.  Dell also is leading efforts with other industry standards groups to ensure CXL memory module and management standards are available.  We see great value to the industry as technology approaches consolidate and CXL is embraced as the industry standard for memory expansion and cache coherent accelerators."<br>*Stuart Berke, Fellow & VP, Dell Technologies*<br><br>https://computeexpresslink.org/wp-content/uploads/2024/01/CXL_3.1-Statement-of-Support_FINAL.pdf.<br><br>CXL 2.0 introduces switching capabilities, enabling memory pooling and the creation of more flexible, fabric-attached memory solutions. Servers supporting CXL 2.0 are at the forefront of this new architectural paradigm and are backward compatible with CXL 1.1 devices.<br><br>https://stevescargall.com/blog/2025/06/cxl-server-buyers-guide-a-complete-list-of-ga-platforms-updated-2025/. |

| Claim 1 | Accused Instrumentalities |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dell** | PowerEdge R670 | Intel | 1U | Yes, up to 4x single-width | 2.0 | AIC, E3.S | Link |
| **Dell** | PowerEdge R770 | Intel | 2U | Yes, up to 8x double-width | 2.0 | AIC, E3.S | Link |
| **Dell** | PowerEdge R7715 | AMD | 2U | Yes, up to 4x double-width | 2.0 | AIC | Link |
| **Dell** | PowerEdge R7725 | AMD | 2U | Yes, up to 8x double-width | 2.0 | AIC | Link |

https://stevescargall.com/blog/2025/06/cxl-server-buyers-guide-a-complete-list-of-ga-platforms-updated-2025/.

**Flex Bus**

A Flex Bus port allows designs to choose between providing native PCIe protocol or CXL over a high-bandwidth, off-package link; the selection happens during link training via alternate protocol negotiation and depends on the device that is plugged into the slot. Flex Bus uses PCIe electricals, making it compatible with PCIe retimers, and form factors that support PCIe.

Figure 3 provides a high-level diagram of a Flex Bus port implementation, illustrating both a slot implementation and a custom implementation where the device is soldered down on the motherboard. The slot implementation can accommodate either a Flex Bus.CXL card or a PCIe card. One or two optional retimers can be inserted between the CPU and the device to extend the channel length. As illustrated in Figure 4, this flexible port can be used to attach coherent accelerators or smart I/O to a Host processor.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | The figure below shows where the CXL ARB/MUX exists in the Flex Bus layered hierarchy. The ARB/MUX provides dynamic muxing of the CXL.io and CXL.cache/ CXL.mem link layer control and data signals to interface with the Flex Bus physical layer.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br><br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | In the receive direction, the ARB/MUX determines the protocol associated with the CXL flit and forwards the flit to the appropriate link layer. It also processes the ALMP |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | In the transmit direction, the ARB/MUX arbitrates between requests from the CXL link layers and multiplexes the data. It also processes power state transition requests from |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | Flex Bus architecture is organized as multiple layers, as illustrated in Figure 7. The CXL transaction (protocol) layer is subdivided into logic that handles CXL.io and logic that handles CXL.mem and CXL.cache; the CXL link layer is subdivided in the same manner. Note that the CXL.mem and CXL.cache logic are combined within the transaction layer and within the link layer. The CXL link layer interfaces with the CXL ARB/MUX, which interleaves the traffic from the two logic streams. Additionally, the PCIe transaction and |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | CXL.mem transactions from Master to Subordinate are called "M2S" and transactions from Subordinate to Master are called "S2M". |
| | Within M2S transactions, there are two message classes: |
| | • Request without data - generically called Requests (Req) |
| | • Request with Data - (RwD) |
| | Similarly, within S2M transactions, there are two message classes: |
| | • Response without data - generically called No Data Response (NDR) |
| | • Response with data - generically called Data Response (DRS) |
| | The next sections describe the above message classes and opcodes in detail. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | The coherency engine in the CPU interfaces with the Memory (Mem) using CXL.mem requests and responses. In this configuration, the CPU coherency engine is regarded as the CXL.mem Master and the Mem device is regarded as the CXL.mem Subordinate. The CXL.mem Master is the agent which is responsible for sourcing CXL.mem requests (reads, writes, etc.) and a CXL.mem Subordinate is the agent which is responsible for responding to CXL.mem requests (data, completions, etc.). |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

## M2S Request (Req)

The Req message class generically contains reads, invalidates and signals going from the Master to the Subordinate.

### M2S Request Fields

| Field | Bits | Description |
|-------|------|-------------|
| Valid | 1 | The valid signal indicates that this is a valid request |
| MemOpcode | 4 | Memory Operation – This specifies which, if any, operation needs to be performed on the data and associated information. Details in Table 30 |
| MetaField | 2 | Meta Data Field – Up to 3 Meta Data Fields can be addressed. This specifies which, if any, Meta Data Field needs to be updated. Details of Meta Data Field in Table 31. If the Subordinate does not support memory with Meta Data, this field will still be used by the DCOH for interpreting Host commands as described in Table 32 |
| MetaValue | 2 | Meta Data Value - When MetaField is not No-Op, this specifies the value the field needs to be updated to. Details in Table 32. If the Subordinate does not support memory with Meta Data, this field will still be used by the device coherence engine for interpreting Host commands as described in Table 32 |
| SnpType | 3 | Snoop Type - This specifies what snoop type, if any, needs to be issued by the DCOH and the minimum coherency state required by the Host. Details in Table 33 |
| Address[51:5] | 47 | This field specifies the Host Physical Address associated with the MemOpcode. Addr[5] is provisioned for future usages such as critical chunk first. |
| Tag | 16 | The Tag field is used to specify the source entry in the Master which is pre-allocated for the duration of the CXL.mem transaction. This value needs to be reflected with the response from the Subordinate so the response can be routed appropriately. The exceptions are the MemRdFwd and MemWrFwd opcodes as described in Table 30 |
| TC | 2 | Traffic Class - This can be used by the Master to specify the Quality of Service associated with the request. This is reserved for future usage. |
| LD-ID[3:0] | 4 | Logical Device Identifier - This identifies a logical device within a multiple-logical device. |
| RSVD | 6 | Reserved |
| **Total** | **87** | |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

## M2S Request with Data (RwD)

The Request with Data (RwD) message class generally contains writes from the Master to the Subordinate.

### M2S RwD Fields

| Field | Bits | Description |
|---|---|---|
| Valid | 1 | The valid signal indicates that this is a valid request |
| MemOpcode | 4 | Memory Operation – This specifies which, if any, operation needs to be performed on the data and associated information. Details in Table 36 |
| MetaField | 2 | Meta Data Field – Up to 3 Meta Data Fields can be addressed. This specifies which, if any, Meta Data Field needs to be updated. Details of Meta Data Field in Table 31. If the Subordinate does not support memory with Meta Data, this field will still be used by the DCOH for interpreting Host commands as described in Table 32 |
| MetaValue | 2 | Meta Data Value - When MetaField is not No-Op, this specifies the value the field needs to be updated to. Details in Table 32. If the Subordinate does not support memory with Meta Data, this field will still be used by the device coherence engine for interpreting Host commands as described in Table 32 |
| SnpType | 3 | Snoop Type - This specifies what snoop type, if any, needs to be issued by the DCOH and the minimum coherency state required by the Host. Details in Table 33 |
| Address[51:6] | 46 | This field specifies the Host Physical Address associated with the MemOpcode. |
| Tag | 16 | The Tag field is used to specify the source entry in the Master which is pre-allocated for the duration of the CXL.mem transaction. This value needs to be reflected with the response from the Subordinate so the response can be routed appropriately. |
| TC | 2 | Traffic Class - This can be used by the Master to specify the Quality of Service associated with the request. This is reserved for future usage. |
| Poison | 1 | This indicates that the data contains an error. The handling of poisoned data is device specific. Please refer to the Chapter 12 for more details. |
| LD-ID[3:0] | 4 | Logical Device Identifier - This identifies a logical device within a multiple-logical device. |
| RSVD | 6 | |
| **Total** | **87** | |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  **Figure 10.    Type 2 Device – Device with Memory** https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. The coherency engine in the CPU interfaces with the Memory (Mem) using CXL.mem requests and responses. In this configuration, the CPU coherency engine is regarded as the CXL.mem Master and the Mem device is regarded as the CXL.mem Subordinate. The CXL.mem Master is the agent which is responsible for sourcing CXL.mem requests (reads, writes, etc.) and a CXL.mem Subordinate is the agent which is responsible for responding to CXL.mem requests (data, completions, etc.). https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The CXL Memory Protocol is called CXL.mem, and it is a transactional interface between the CPU and Memory. It uses the phy and link layer of Compute Express Link (CXL) when communicating across dies. The protocol can be used for multiple different Memory attach options including when the Memory Controller is located in the Host CPU, when the Memory Controller is within an Accelerator device, or when the Memory Controller is moved to a memory buffer chip. It applies to different Memory types (volatile, persistent, etc.) and configurations (flat, hierarchical, etc.) as well.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br><br>**Figure 1.    Conceptual Diagram of Accelerator Attached to Processor via CXL**<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.2] determining, by the network interface, that the plurality of MTMs are destined for a particular remote node; | The Accused Instrumentalities perform a method that includes determining, by the network interface, that the plurality of MTMs are destined for a particular remote node. |

For example, the Accused Instrumentalities include Host-managed Device Memory (HDM) Decoders that look up the Host Physical Address (HPA) carried by each CXL.mem transaction and forward the request toward the selected target port.

*See, e.g.*:

> **Target**: The HDM Decoders in CXL Root Complex are responsible for looking up the incoming HPA address in a CXL.mem transaction and forwarding it to the appropriate Root Port Target. The HDM Decoders in CXL Upstream Switch Port are responsible for looking up the incoming HPA address in a CXL.mem transaction and forwarding it to the appropriate Downstream Switch Port Target.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

> Target Count: The number of target ports each decoder supports (applicable to Upstream Switch Port and Root Port only). Maximum of 8.
>
> 1 – 1 target port
>
> 2 – 2 target ports
>
> 4 – 4 target ports
>
> 8 – 8 target ports

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **CXL.mem**<br><br>The HDM Decode DVSEC capability contains registers that define the Memory Address Decode Ranges for Memory. CXL.mem requests originate from the Host/RP and flow downstream to the Devices through the switch and responses originate from the Device and flow upstream to the RP.<br><br>**CXL.mem Request Decode**<br><br>All CXl.mem Requests received by the USP target one of the Downstream PPB within the VCS. The address decode registers in VCS determine the downstream VCS PPB to route the request. The VCS PPB may be a VCS owned PPB or a FM owned PPB. See Section 7.3.4 for additional routing rules.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**CXL HDM Decoder 0 Target List Low Register (Offset 24h)**<br><br>This register is not applicable to devices, which use this field as DPA Skip Low as described in Section 8.2.5.12.9.The Target Port Identifier for a given Downstream Port is reported via Port Number field in Link Capabilities Register. (See PCI Express Base Specification).<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **CXL HDM Decoder Capability Structure**<br><br>CXL HDM Decoder Capability Structure enables interleaving of HDM across CXL.mem-capable devices.<br><br>A CXL Host Bridge is identified as an ACPI device with Host Interface ID (HID) of "ACPI0016" and is associated with one or more CXL Root ports. Any CXL 2.0 Host Bridge that is associated with more than one CXL Root Port must contain one instance of this capability structure in the CHBCR. This capability structure resolves the target CXL Root Ports for a given memory address.<br><br>A CXL switch component may contain one Upstream Switch Port and one or more Downstream Switch Ports. A CXL Upstream Switch Port that is capable of routing CXL.mem traffic to more than one Downstream Switch Ports shall contain one instance of this capability structure. The capability structure, located in CXL Upstream Switch Port, resolves the target CXL Downstream Switch Ports for a given memory address.<br><br>A CXL 2.0 Type 3 device shall contain one instance of this capability structure. The capability structure, located in a device, translates the Host Physical Address (HPA) into a Device Physical Address (DPA) after taking interleaving into account.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| [1.3] determining, by the network interface, for each MTM of the plurality of MTMs, a transaction type; | The Accused Instrumentalities perform a method that includes determining, by the network interface, for each MTM of the plurality of MTMs, a transaction type.<br><br>For example, the Accused Instrumentalities include CXL.mem transactions, which define fixed message classes for every M2S/S2M transaction (e.g., Req, RwD). Each request includes a MemOpcode field that specifies the memory operation (e.g., MemWr, MemWrPtl). At the network interface boundary, switch/port processing is defined per message class and the interface parses each incoming message to determine its class/opcode (e.g., it determines the transaction type for each MTM it receives).<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | CXL.mem transactions from Master to Subordinate are called "M2S" and transactions from Subordinate to Master are called "S2M". Within M2S transactions, there are two message classes: • Request without data - generically called Requests (Req) • Request with Data - (RwD) Similarly, within S2M transactions, there are two message classes: • Response without data - generically called No Data Response (NDR) • Response with data - generically called Data Response (DRS) The next sections describe the above message classes and opcodes in detail. |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| MemOpcode | 4 | Memory Operation – This specifies which, if any, operation needs to be performed on the data and associated information. Details in Table 36 |
|---|---|---|

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

**Table 36.     M2S RwD Memory Opcodes**

| Opcode | Description | Encoding |
|---|---|---|
| MemWr | Memory write command. Used for full line writes. If MetaField contains valid commands, perform Meta Data updates. If SnpType field contains valid commands, perform required snoops. If the snoop hits a Modified cacheline in the device, the DCOH will invalidate the cache and write the data from the Host to device-attached memory. | '0001 |
| MemWrPtl | Memory Write Partial. Contains 64 byte enables, one for each byte of data. If MetaField contains valid commands, perform Meta Data updates. If SnpType field contains valid commands, perform required snoops. If the snoop hits a Modified cacheline in the device, the DCOH will need to perform a merge, invalidate the cache and write the contents back to device-attached memory. | '0010 |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Table 30.** **M2S Req Memory Opcodes** <table><tr><td>**Opcode**</td><td>**Description**</td><td>**Encoding**</td></tr><tr><td>MemInv</td><td>Invalidation request from the Master. Primarily for Meta Data updates. No data read or write required. If SnpType field contains valid commands, perform required snoops.</td><td>'0000</td></tr><tr><td>MemRd</td><td>Normal memory data read operation. If MetaField contains valid commands, perform Meta Data updates. If SnpType field contains valid commands, perform required snoops.</td><td>'0001</td></tr><tr><td>MemRdData</td><td>Normal Memory data read operation. MetaField & MetaValue to be ignored. Instead, update Meta0-State as follows: If initial Meta0-State value = 'I', update Meta0-State value to 'A' Else, no update required If SnpType field contains valid commands, perform required snoops.</td><td>'0010</td></tr><tr><td>MemRdFwd</td><td>This is an indication from the Host that data can be directly forwarded from device-attached memory to the device without any completion to the Host. This is typically sent as a result of a CXL.cache D2H read request to device-attached memory. The Tag field contains the reflected CQID sent along with the D2H read request. The SnpType is always NoOp for this Opcode. The caching state of the line is reflected in Meta0-State value.</td><td>'0011</td></tr><tr><td>MemWrFwd</td><td>This is an indication from the Host to the device that it owns the line and can update it without any completion to the Host. This is typically sent as a result of a CXL.cache D2H write request to device-attached memory. The Tag field contains the reflected CQID sent along with the D2H write request. The SnpType is always NoOp for this Opcode. The caching state of the line is reflected in Meta0-State value.</td><td>'0100</td></tr></table> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| [1.4] composing, by the network interface, for each MTM of the plurality of MTMs, a network packet to encapsulate within the network packet at least a portion of the information contained in that MTM, thereby giving rise to a plurality of network packets; | The Accused Instrumentalities perform a method that includes composing, by the network interface, for each MTM of the plurality of MTMs, a network packet to encapsulate within the network packet at least a portion of the information contained in that MTM, thereby giving rise to a plurality of network packets. For example, the Accused Instrumentalities include CXL.mem Flit, which is a network packet. The Flit includes a header slot and generic slots. A Flit carries request or response messages and/or protocol related information, thus encapsulating at least a portion of the information contained in CXL.mem transaction. *See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

**Table 30.    M2S Req Memory Opcodes**

| Opcode | Description | Encoding |
|---|---|---|
| MemInv | Invalidation request from the Master. Primarily for Meta Data updates. No data read or write required. If SnpType field contains valid commands, perform required snoops. | '0000 |
| MemRd | Normal memory data read operation. If MetaField contains valid commands, perform Meta Data updates. If SnpType field contains valid commands, perform required snoops. | '0001 |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

A "Header" Slot is defined as one that carries a "Header" of link-layer specific information, including the definition of the protocol-level messages contained in the rest of the header as well as in the other slots in the flit.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

A "Generic" Slot can carry one or more request/response messages or a single 16B data chunk.

The flit can be composed of a Header Slot and 3 Generic Slots or four 16B Data Chunks.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Flit Type | Description |
|---|---|
| Protocol | This is a flit that carries CXL.cache or CXL.mem protocol related information |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

## M2S Request (Req)

The Req message class generically contains reads, invalidates and signals going from the Master to the Subordinate.

### M2S Request Fields

| Field | Bits | Description |
|-------|------|-------------|
| Valid | 1 | The valid signal indicates that this is a valid request |
| MemOpcode | 4 | Memory Operation – This specifies which, if any, operation needs to be performed on the data and associated information. Details in Table 30 |
| MetaField | 2 | Meta Data Field – Up to 3 Meta Data Fields can be addressed. This specifies which, if any, Meta Data Field needs to be updated. Details of Meta Data Field in Table 31. If the Subordinate does not support memory with Meta Data, this field will still be used by the DCOH for interpreting Host commands as described in Table 32 |
| MetaValue | 2 | Meta Data Value - When MetaField is not No-Op, this specifies the value the field needs to be updated to. Details in Table 32. If the Subordinate does not support memory with Meta Data, this field will still be used by the device coherence engine for interpreting Host commands as described in Table 32 |
| SnpType | 3 | Snoop Type - This specifies what snoop type, if any, needs to be issued by the DCOH and the minimum coherency state required by the Host. Details in Table 33 |
| Address[51:5] | 47 | This field specifies the Host Physical Address associated with the MemOpcode. Addr[5] is provisioned for future usages such as critical chunk first. |
| Tag | 16 | The Tag field is used to specify the source entry in the Master which is pre-allocated for the duration of the CXL.mem transaction. This value needs to be reflected with the response from the Subordinate so the response can be routed appropriately. The exceptions are the MemRdFwd and MemWrFwd opcodes as described in Table 30 |
| TC | 2 | Traffic Class - This can be used by the Master to specify the Quality of Service associated with the request. This is reserved for future usage. |
| LD-ID[3:0] | 4 | Logical Device Identifier - This identifies a logical device within a multiple-logical device. |
| RSVD | 6 | Reserved |
| **Total** | **87** | |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Valid messages within a given flit need to be tightly packed. Which means, if a flit contains multiple possible slots for a given message, the Tx must pack the message in the first available slot before advancing to the next available slot. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | Message ordering within a flit is based on flit bit numbering, i.e. the earliest messages are placed at the lowest flit bit positions and progressively later messages are placed at progressively higher bit positions. Examples: An M2S Req 0 packed in Slot 0 precedes an M2S Req 1 packed in Slot 1. Similarly, a Snoop packed |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | **H5 - M2S Req**  https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **H2D/M2S Slot Formats** <br><br> **Format to Req Type Mapping** / **H2D/M2S** (table below) <br><br> [table] <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. <br><br> **Flit Packing Rules** <br><br> The packing rules are defined below. It is assumed that a given queue has credits towards the RX and any protocol dependencies (SNP-GO ordering, for example) have already been considered: <br><br> • Rollover is defined as any time a data transfer needs more than one flit. Note that a data chunk which contains 128b (format G0), can only be scheduled in Slots 1, 2, and 3 of a protocol flit since Slot 0 has only 96b available, as 32b are taken up by the flit header. The following rules apply to Rollover data chunks. <br><br>    — If there's a rollover of more than 3 16B data chunks, the next flit must necessarily be an all data flit. <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

The H2D/M2S table:

| Format to Req Type Mapping | H2D/M2S | |
|---|---|---|
| | **Type** | **Size** |
| H0 | CXL.cache Req + CXL.cache Resp | 96 |
| H1 | CXL.cache Data Header + 2 CXL.cache Resp | 88 |
| H2 | CXL.cache Req + CXL.cache Data Header | 88 |
| H3 | 4 CXL.cache Data Header | 96 |
| H4 | CXL.mem RwD Header | 87 |
| H5 | CXL.mem Req Only | 87 |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | Control flits cannot be interleaved with all-data flits. This also implies that when an all-data flit is expected following a protocol flit (due to Rollover), the Tx cannot send a Control flit before the all-data flit.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| [1.5] assigning to each network packet, by the network interface, one of a plurality of sending priorities based upon the transaction type of the MTM that that packet is encapsulating and based upon ordering rules associated with the processor bus protocol that defines relative priorities among MTMs exchanged between (i) one or more local processors or the local memory controller and (ii) the local memory; | The Accused Instrumentalities perform a method that includes assigning to each network packet, by the network interface, one of a plurality of sending priorities based upon the transaction type of the MTM that that packet is encapsulating and based upon ordering rules associated with the processor bus protocol that defines relative priorities among MTMs exchanged between (i) one or more local processors or the local memory controller and (ii) the local memory.<br><br>For example, the Accused Instrumentalities include using the edge ARB/MUX to select which queue is sent next and merges the traffic onto the link. Each CXL.mem request encodes its operation in MemOpcode and the network interface identifies the transaction type per message (e.g., write, read, or invalidate) when assigning sending priorities. Further, the sending priorities are based on ordering rules, such as those shown in the "downstream ordering summary" image below and are exchanged between the CPU and local memory.<br><br>*See, e.g.*:<br><br>In the transmit direction, the ARB/MUX arbitrates between requests from the CXL link layers and multiplexes the data. It also processes power state transition requests from<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>The ARB/MUX is responsible for arbitrating between requests from the CXL link layers and multiplexing the data based on the arbitration results. The arbitration policy is implementation specific as long as it satisfies the timing requirements of the higher level protocols being transferred over the Flex Bus link. Additionally, there must be a way to program the relative arbitration weightages associated with the CXL.io and CXL.cache+CXL.mem link layers as they arbitrate to transmit traffic over the Flex Bus link. See Section 8.2.6.1 for more details. Interleaving of traffic between different CXL protocols is done at the 528-bit flit boundary. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. <br><br> **ARB/MUX Arbitration Control Register for CXL.cache and CXL.mem (Offset 0x1C0)** <br><br> <table><tr><th>Bit</th><th>Attributes</th><th>Description</th></tr><tr><td>3:0</td><td>RsvdP</td><td>Reserved</td></tr><tr><td>7:4</td><td>RW</td><td>CXL.cache and CXL.mem Weighted Round Robin Arbitration Weight:<br>This is the weight assigned to CXL.cache and CXL.mem in the weighted round robin arbitration between CXL protocols.</td></tr></table> <br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. <br><br> **Flit Packing Rules** <br><br> The packing rules are defined below. It is assumed that a given queue has credits towards the RX and any protocol dependencies (SNP-GO ordering, for example) have already been considered: <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. <br><br> Care must be taken to ensure fairness between packing of CXL.mem & CXL.cache transactions. Similarly, care must be taken to ensure fairness between channels within a given protocol. The exact mechanism to ensure fairness is implementation specific. <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **M2S Request (Req)**<br><br>The Req message class generically contains reads, invalidates and signals going from the Master to the Subordinate.<br><br>**M2S Request Fields**<br><br>| Field | Bits | Description |<br>|---|---|---|<br>| Valid | 1 | The valid signal indicates that this is a valid request |<br>| MemOpcode | 4 | Memory Operation – This specifies which, if any, operation needs to be performed on the data and associated information. Details in Table 30 |<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**Table 30.    M2S Req Memory Opcodes**<br><br>| Opcode | Description | Encoding |<br>|---|---|---|<br>| MemInv | Invalidation request from the Master. Primarily for Meta Data updates. No data read or write required. If SnpType field contains valid commands, perform required snoops. | '0000 |<br>| MemRd | Normal memory data read operation. If MetaField contains valid commands, perform Meta Data updates. If SnpType field contains valid commands, perform required snoops. | '0001 |<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>A "Generic" Slot can carry one or more request/response messages or a single 16B data chunk.<br><br>The flit can be composed of a Header Slot and 3 Generic Slots or four 16B Data Chunks.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Transaction Ordering Summary**<br><br>Table 43 captures the upstream ordering cases and Table 44 captures the downstream ordering cases. Additional detail can be found in Section 3.2.2.1 for CXL.cache and Section 3.3.7 for CXL.mem. The columns represent a first issued message and the rows represent a subsequently issued message. The table entry indicates the ordering relationship between the two messages. The table entries are defined as follows:<br><br>• Yes–the second message (row) must be allowed to pass the first (column) to avoid deadlock.(When blocking occurs, the second message is required to pass the first message. Fairness must be comprehended to prevent starvation.)<br><br>• Y/N–there are no ordering requirements. The second message may optionally pass the first message or be blocked by it.<br><br>• No–the second message must not be allowed to pass the first message. This is required to support the protocol ordering model.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Downstream Ordering Summary** |

| Row Pass Column? | .io TLPs (Col 2-5) | M2S Req (Col 8) | M2S RwD (Col 9) | H2D Req (Col 10) | H2D Resp (Col 11) | H2D Data (Col 12) |
|---|---|---|---|---|---|---|
| .io TLPs (Row A-D) | PCIe Base | Yes(1) | Yes(1) | Yes(1) | Yes(1) | Yes(1) |
| M2S Req (Row G) | Yes(1) | a. No(5) <br> b. Y/N | Y/N | Yes(2) | Y/N | Y/N |
| M2S RwD (Row H) | Yes(1) | Y/N | Y/N | Yes(2) | Y/N | Y/N |
| H2D Req (Row I) | Yes(1) | Yes(3) | Yes(3) | Y/N | a. No(4) <br> b. Y/N | Yes(3) |
| H2D Resp (Row J) | Yes(1) | Yes(2) | Yes(2) | Yes(2) | Y/N | Y/N |
| H2D Data (Row K) | Yes(1) | Yes(2) | Yes(2) | Yes(2) | Y/N | Y/N |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

Explanation of row and column headers:

In Downstream direction pre-allocated channels are kept separate because of unique ordering requirements in each.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Forward Progress and Ordering Rules**<br><br>• Req & RwD message classes, each, need to be credited independently between each hop in a multi-hop fabric. Back pressure, due to lack of resources at the destination, is allowed. However, these must eventually drain without dependency on any other traffic type.<br><br>• A CXL.mem Request in the M2S Req channel must not pass a MemRdFwd or a MemWrFwd, if the Request and MemRdFwd or MemWrFwd are to the same cacheline address.<br><br>• Reason: As described in Table 30, MemRdFwd and MemWrFwd opcodes, sent on the M2S Req channel are, in fact, responses to CXL.cache D2H requests. The reason the response for certain CXL.cache D2H requests are on CXL.mem M2S Req channel is to ensure subsequent requests from the Host to the same address remain ordered behind it. This allows the host and device to avoid race conditions. An example of a transaction flow is shown Figure 40. Apart from the above, there is no ordering requirement for the Req, RwD, NDR & DRS message classes or for different addresses within the Req message class.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>To avoid performance impact, it is recommended that MemSpecRd commands are treated as low priority to avoid adding latency to demand accesses. Under loaded conditions the MemSpecRd can hurt performance because of the extra bandwidth it consumes and should be dropped when loading of memory or loading of the CXL link is detected. QoS Telemetry data is one way loading of memory can be detected in the host or switch.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | There are two cases of bypassing with device attached memory where messages in the M2S RwD channel may pass messages for the same cacheline address in M2S Req channel. |
| | 1. Host generated weakly ordered writes (as showing in Figure 34) may bypass MemRdFwd and MemWrFwd. The result is the weakly ordered write may bypass older reads or writes from the Device. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | **Example Weakly Ordered Write from Host** |
| |  |
| | In the above example, the Host issues a weakly ordered write (partial or full line). The weakly ordered semantic is communicated by the embedded SnpInv. In this example, the device had a copy of the line cached. This resulted in a merge within the device before writing it back to memory and sending a Cmp indication to the Host. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | There are two flows shown above, both with the line in Host Bias: a weakly ordered write request and a strongly ordered write request. <br><br> In the case of the weakly ordered write request, the request is issued by the device to the Host to resolve coherency. The Host resolves coherency and sends a CXL.mem MemWrFwd opcode which carries the completion for the WOWrInv* command on CXL.cache. The CQID associated with the CXL.cache WOWrInv* command is reflected in the Tag of the CXL.mem MemWrFwd command. At this point, the device is allowed to complete the write internally. After sending the MemWrFwd, since the Host no longer fences against other accesses to the same line, this is considered a weakly ordered write. <br><br> In the second flow, the write is strongly ordered. To preserve the strongly ordered semantic, the Host fences against other accesses while this write completes. However, as can be seen, this involves two transfers of the data across the link, which is not efficient. Unless strongly ordered writes are absolutely required, better performance can be achieved with weakly ordered writes. <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  **Figure 10.    Type 2 Device – Device with Memory**<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>The coherency engine in the CPU interfaces with the Memory (Mem) using CXL.mem requests and responses. In this configuration, the CPU coherency engine is regarded as the CXL.mem Master and the Mem device is regarded as the CXL.mem Subordinate. The CXL.mem Master is the agent which is responsible for sourcing CXL.mem requests (reads, writes, etc.) and a CXL.mem Subordinate is the agent which is responsible for responding to CXL.mem requests (data, completions, etc.).<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The CXL Memory Protocol is called CXL.mem, and it is a transactional interface between the CPU and Memory. It uses the phy and link layer of Compute Express Link (CXL) when communicating across dies. The protocol can be used for multiple different Memory attach options including when the Memory Controller is located in the Host CPU, when the Memory Controller is within an Accelerator device, or when the Memory Controller is moved to a memory buffer chip. It applies to different Memory types (volatile, persistent, etc.) and configurations (flat, hierarchical, etc.) as well. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| |  Figure 1.    Conceptual Diagram of Accelerator Attached to Processor via CXL |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| [1.6] organizing, by the network interface, the network | The Accused Instrumentalities perform a method that includes organizing, by the network interface, the network packets into groups based upon sending priority. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| packets into groups based upon sending priority; | For example, the Accused Instrumentalities organize packets, using the edge ARB/MUX, into groups. Packets are held in class-specific queues (e.g., requests, data, responses) with their own credits and the edge ARB/MUX selects which queue transmits next and merges the traffic onto the link. *See, e.g.*: |

### Flit Packing Rules

The packing rules are defined below. It is assumed that a given queue has credits towards the RX and any protocol dependencies (SNP-GO ordering, for example) have

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

Care must be taken to ensure fairness between packing of CXL.mem & CXL.cache transactions. Similarly, care must be taken to ensure fairness between channels within a given protocol. The exact mechanism to ensure fairness is implementation specific.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

In the transmit direction, the ARB/MUX arbitrates between requests from the CXL link layers and multiplexes the data. It also processes power state transition requests from

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

level protocols being transferred over the Flex Bus link. Additionally, there must be a way to program the relative arbitration weightages associated with the CXL.io and CXL.cache+CXL.mem link layers as they arbitrate to transmit traffic over the Flex Bus link. See Section 8.2.6.1 for more details. Interleaving of traffic between different CXL

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| Claim 1 | Accused Instrumentalities | | |
|---|---|---|---|

| | Bit | Attributes | Description |
|---|---|---|---|
| | 3:0 | RsvdP | Reserved |
| | 7:4 | RW | CXL.cache and CXL.mem Weighted Round Robin Arbitration Weight: This is the weight assigned to CXL.cache and CXL.mem in the weighted round robin arbitration between CXL protocols. Default value of this field is 0. |

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

| [1.7] sending, by the network interface, the network packets into a lossy network destined for the particular remote node, wherein the network packets are sent in an order determined based, at least partially, upon the sending priorities of the network packets; and | The Accused Instrumentalities perform a method that includes sending, by the network interface, the network packets into a lossy network destined for the particular remote node, wherein the network packets are sent in an order determined based, at least partially, upon the sending priorities of the network packets.

For example, the Accused Instrumentalities use a link-layer retry scheme that buffers retriable flits and retransmits on an error. The receiver tracks the expected sequence and restores order. Thus, the NI transmits over an error-prone medium while the link protocol prevents drops and fixes sequence during recovery. The flits are destined for particular remote targets based on the HDM decode logic. Further, the network interface arbiter picks which queue transmits next based on configured weights while honoring the protocol's pass/hold constraints.

*See, e.g.*:

In the transmit direction, the ARB/MUX arbitrates between requests from the CXL link layers and multiplexes the data. It also processes power state transition requests from

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.

hierarchy. On the transmit side, the Flex Bus physical layer prepares data received from either the PCIe link layer or the CXL ARB/MUX for transmission across the Flex Bus link.

https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
|---|---|

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Data blocks are used for transmission of the flits received from the CXL link layer. A 16-bit Protocol ID field is associated with each 528-bit flit payload (512 bits of payload + 16 bits of CRC) received from the link layer, which is striped across the lanes on an 8-bit granularity; the placement of the protocol ID depends on the width. A 2-bit Sync Header with value 10b is inserted before every 128 bits transmitted per lane in a data block when 128/130b encoding is used; in the latency optimized mode, there is no Sync Header. A 528-bit flit may traverse the boundary between data blocks. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | **Arbitration and Data Multiplexing/Demultiplexing**<br><br>The ARB/MUX is responsible for arbitrating between requests from the CXL link layers and multiplexing the data based on the arbitration results. The arbitration policy is implementation specific as long as it satisfies the timing requirements of the higher level protocols being transferred over the Flex Bus link. Additionally, there must be a way to program the relative arbitration weightages associated with the CXL.io and CXL.cache+CXL.mem link layers as they arbitrate to transmit traffic over the Flex Bus link. See Section 8.2.6.1 for more details. Interleaving of traffic between different CXL protocols is done at the 528-bit flit boundary. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | **Target**: The HDM Decoders in CXL Root Complex are responsible for looking up the incoming HPA address in a CXL.mem transaction and forwarding it to the appropriate Root Port Target. The HDM Decoders in CXL Upstream Switch Port are responsible for looking up the incoming HPA address in a CXL.mem transaction and forwarding it to the appropriate Downstream Switch Port Target. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Target Count: The number of target ports each decoder supports (applicable to Upstream Switch Port and Root Port only). Maximum of 8.<br><br>1 – 1 target port<br>2 – 2 target ports<br>4 – 4 target ports<br>8 – 8 target ports<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**CXL.mem**<br><br>The HDM Decode DVSEC capability contains registers that define the Memory Address Decode Ranges for Memory. CXL.mem requests originate from the Host/RP and flow downstream to the Devices through the switch and responses originate from the Device and flow upstream to the RP.<br><br>**CXL.mem Request Decode**<br><br>All CXl.mem Requests received by the USP target one of the Downstream PPB within the VCS. The address decode registers in VCS determine the downstream VCS PPB to route the request. The VCS PPB may be a VCS owned PPB or a FM owned PPB. See Section 7.3.4 for additional routing rules.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**CXL HDM Decoder 0 Target List Low Register (Offset 24h)**<br><br>This register is not applicable to devices, which use this field as DPA Skip Low as described in Section 8.2.5.12.9.The Target Port Identifier for a given Downstream Port is reported via Port Number field in Link Capabilities Register. (See PCI Express Base Specification).<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **CXL HDM Decoder Capability Structure**<br><br>CXL HDM Decoder Capability Structure enables interleaving of HDM across CXL.mem-capable devices.<br><br>A CXL Host Bridge is identified as an ACPI device with Host Interface ID (HID) of "ACPI0016" and is associated with one or more CXL Root ports. Any CXL 2.0 Host Bridge that is associated with more than one CXL Root Port must contain one instance of this capability structure in the CHBCR. This capability structure resolves the target CXL Root Ports for a given memory address.<br><br>A CXL switch component may contain one Upstream Switch Port and one or more Downstream Switch Ports. A CXL Upstream Switch Port that is capable of routing CXL.mem traffic to more than one Downstream Switch Ports shall contain one instance of this capability structure. The capability structure, located in CXL Upstream Switch Port, resolves the target CXL Downstream Switch Ports for a given memory address.<br><br>A CXL 2.0 Type 3 device shall contain one instance of this capability structure. The capability structure, located in a device, translates the Host Physical Address (HPA) into a Device Physical Address (DPA) after taking interleaving into account.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**CXL.cache/CXL.mem Link Layer Retry**<br><br>The link layer provides recovery from transmission errors using retransmission, or Link Layer Retry (LLR). The sender buffers every retryable flit sent in a local link layer retry buffer (LLRB). To uniquely identify flits in this buffer, the retry scheme relies on sequence numbers which are maintained within each device. Unlike in PCIe, CXL.cache/<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Interaction with Physical Layer Reinitialization**<br><br>On detection of a physical layer LTSSM Recovery, the receiver side of the link layer must force a link layer retry on the next flit. Forcing an error will either initiate LLR or cause a current LLR to follow the correct error path. The LLR will ensure that no retryable flits are dropped during the physical layer reinit. Without initiating a LLR it is possible that packets/flits in flight on the physical wires could be lost or the sequence numbers could get mismatched.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>The physical layer is responsible for dropping any flits it receives with invalid protocol IDs. This includes dropping any flits with unexpected protocol IDs that correspond to Flex Bus defined protocols that have not been enabled during negotiation; protocol IDs associated with flits generated by physical layer or by the ARB/MUX must not be treated as unexpected. When a flit is dropped due to an unexpected protocol ID, the physical layer logs an unexpected protocol ID error in the Flex Bus DVSEC Port Status register.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>On detection of a physical layer LTSSM Recovery, the receiver side of the link layer must force a link layer retry on the next flit. Forcing an error will either initiate LLR or cause a current LLR to follow the correct error path. The LLR will ensure that no retryable flits are dropped during the physical layer reinit. Without initiating a LLR it is possible that packets/flits in flight on the physical wires could be lost or the sequence numbers could get mismatched.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The purpose of this counter is to decide that either the Retry.Req sequence or corresponding Retry.Ack sequence has been lost, and that another RETRY.Req attempt should be made. Recall that it is a fatal error to receive multiple Retry.Ack sequences(i.e., a subsequent Ack without a corresponding Req is unexpected). To reduce the risk of this fatal error condition we check NUM_RETRY value returned to filter out Retry.Ack messages from the prior retry sequence. This is done to remove fatal condition where a single retry sequence incurs a timeout while the Ack message is in flight. The TIMEOUT counter should be capable of handling worst-case latency for a Retry.Req sequence to reach the remote side and for the corresponding Retry.Ack sequence to return. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | **LLR Variables** |
| | The retry scheme maintains two state machines and several state variables. Although the following text describes them in terms of one transmitter and one receiver, both the transmitter and receiver side of the retry state machines and the corresponding state variables are present at each device because of the bidirectional nature of the link. Since both sides of the link implement both transmitter and receiver state machines, for clarity this discussion will use the term "local" to refer to the entity that detects a CRC error, and "remote" to refer to the entity that sent the flit that was received erroneously. |
| | The receiving device uses the following state variables to keep track of the sequence number of the next flit to arrive. |
| | • **ESeq**: This indicates the expected sequence number of the next valid flit at the receiving link layer entity. ESeq is incremented by one (modulo the size of the |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | RETRY.Req: This flit is sent from the entity that received a flit in error to the sending entity. The flit contains the expected sequence number (ESeq) at the receiving entity, indicating the index of the flit in the retry queue at the remote entity that must be retransmitted. It also contains the NUM_RETRY value of the sending entity which is defined in Section 4.2.8.5.1. This message is also triggered as part of the Initialization sequence even when no error is observed as described in Section 4.2.7. <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. <br><br> **Transaction Ordering Summary** <br><br> Table 43 captures the upstream ordering cases and Table 44 captures the downstream ordering cases. Additional detail can be found in Section 3.2.2.1 for CXL.cache and Section 3.3.7 for CXL.mem. The columns represent a first issued message and the rows represent a subsequently issued message. The table entry indicates the ordering relationship between the two messages. The table entries are defined as follows: <br><br> • Yes–the second message (row) must be allowed to pass the first (column) to avoid deadlock.(When blocking occurs, the second message is required to pass the first message. Fairness must be comprehended to prevent starvation.) <br><br> • Y/N–there are no ordering requirements. The second message may optionally pass the first message or be blocked by it. <br><br> • No–the second message must not be allowed to pass the first message. This is required to support the protocol ordering model. <br><br> https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Arbitration and Data Multiplexing/Demultiplexing**<br><br>The ARB/MUX is responsible for arbitrating between requests from the CXL link layers and multiplexing the data based on the arbitration results. The arbitration policy is implementation specific as long as it satisfies the timing requirements of the higher level protocols being transferred over the Flex Bus link. Additionally, there must be a way to program the relative arbitration weightages associated with the CXL.io and CXL.cache+CXL.mem link layers as they arbitrate to transmit traffic over the Flex Bus link. See Section 8.2.6.1 for more details. Interleaving of traffic between different CXL protocols is done at the 528-bit flit boundary.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**Flit Packing Rules**<br><br>The packing rules are defined below. It is assumed that a given queue has credits towards the RX and any protocol dependencies (SNP-GO ordering, for example) have already been considered:<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>Care must be taken to ensure fairness between packing of CXL.mem & CXL.cache transactions. Similarly, care must be taken to ensure fairness between channels within a given protocol. The exact mechanism to ensure fairness is implementation specific.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| [1.8] ensuring, by the network interface, that a particular subset of the network packets having a particular sending priority are received by the | The Accused Instrumentalities perform a method that includes ensuring, by the network interface, that a particular subset of the network packets having a particular sending priority are received by the particular remote node in a proper sequence.<br><br>For example, CXL ARB/MUX arbitrates and multiplexes transmit data.  CXL Link Layer Retry (LLR) defines "priority of sending flits" and prioritizes the Control flit, while link layer retry |

47

| Claim 1 | Accused Instrumentalities |
|---|---|
| particular remote node in a proper sequence. | avoids loss or sequence-number mismatch of packets/flits in flight. CXL.mem requests make forward progress at the device and Transaction Ordering Summary defines the transaction order.<br><br>*See, e.g.*:<br><br>M2S & S2M Data transfer of a cacheline must occur with no interleaved transfers from other lines. The data must come in natural chunk order, that is, 64B transfers must complete the lower 32B half first.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>For data transfers, the Tx must send 16B data chunks in cacheline order. That is, chunk order 01 for 32B transfers and chunk order 0123 for 64B transfers.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf.<br><br>**Forward Progress and Ordering Rules**<br><br>• Req & RwD message classes, each, need to be credited independently between each hop in a multi-hop fabric. Back pressure, due to lack of resources at the destination, is allowed. However, these must eventually drain without dependency on any other traffic type.<br><br>• A CXL.mem Request in the M2S Req channel must not pass a MemRdFwd or a MemWrFwd, if the Request and MemRdFwd or MemWrFwd are to the same cacheline address.<br><br>• Reason: As described in Table 30, MemRdFwd and MemWrFwd opcodes, sent on the M2S Req channel are, in fact, responses to CXL.cache D2H requests. The reason the response for certain CXL.cache D2H requests are on CXL.mem M2S Req channel is to ensure subsequent requests from the Host to the same address remain ordered behind it. This allows the host and device to avoid race conditions. An example of a transaction flow is shown Figure 40. Apart from the above, there is no ordering requirement for the Req, RwD, NDR & DRS message classes or for different addresses within the Req message class.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | In the transmit direction, the ARB/MUX arbitrates between requests from the CXL link layers and multiplexes the data. It also processes power state transition requests from |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | On CXL.mem, writes data is only guaranteed to be visible to a later access after the write is completed. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | CXL.mem requests need to make forward progress at the device without any dependency on any device initiated request. This includes any request from the device on CXL.io or CXL.cache. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | In order to select the priority of sending flits, the following rules apply:<br><br>1. Whenever the RRSM state becomes RETRY_LLRACK, the entity must give priority to sending the Control flit with Retry.Ack |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |
| | On detection of a physical layer LTSSM Recovery, the receiver side of the link layer must force a link layer retry on the next flit. Forcing an error will either initiate LLR or cause a current LLR to follow the correct error path. The LLR will ensure that no retryable flits are dropped during the physical layer reinit. Without initiating a LLR it is possible that packets/flits in flight on the physical wires could be lost or the sequence numbers could get mismatched. |
| | https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | **Transaction Ordering Summary**<br><br>Table 43 captures the upstream ordering cases and Table 44 captures the downstream ordering cases. Additional detail can be found in Section 3.2.2.1 for CXL.cache and Section 3.3.7 for CXL.mem. The columns represent a first issued message and the rows represent a subsequently issued message. The table entry indicates the ordering relationship between the two messages. The table entries are defined as follows:<br><br>• Yes–the second message (row) must be allowed to pass the first (column) to avoid deadlock.(When blocking occurs, the second message is required to pass the first message. Fairness must be comprehended to prevent starvation.)<br><br>• Y/N–there are no ordering requirements. The second message may optionally pass the first message or be blocked by it.<br><br>• No–the second message must not be allowed to pass the first message. This is required to support the protocol ordering model.<br><br>https://computeexpresslink.org/wp-content/uploads/2024/02/CXL-2.0-Specification.pdf. |