# Exhibit 6

# U.S. Patent No. 8,225,323 ("'323 Patent")

**Accused Instrumentalities**

Dell products, including, without limitation, Dell servers such as the Dell PowerEdge R750 and PowerEdge XE9680 servers.

| Claim 23 | Accused Instrumentalities |
|---|---|
| [23.0] A data transfer control device connected to a plurality of circuits, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities include a data transfer control device connected to a plurality of circuits. <br><br> For example, the Dell PowerEdge R750 and XE9680 servers include multi-host switches. <br><br> *See* claim limitations below. <br><br> *See also, e.g.*: <br><br> The Dell™ PowerEdge™ XE9680 server is poised to become a vital tool for training large deep learning models due to its exceptional performance and capabilities. The significance of minimizing latency in the training process cannot be overstated, especially considering the substantial amount of data required for training such models. This is where the network interface speed plays a crucial role. The inclusion of the super-fast Broadcom PEX89000 family of PCIe Gen 5.0 switches which provide the flexibility to create a wide range of systems, including simple PCIe connections or complex, high-performance, low-latency, scalable, and cost-effective PCIe fabrics for composable hyper-scale compute systems supporting a variety of ML/AI and Server/Storage applications.  100G Ethernet interfaces in the server enables enterprises to efficiently move massive volumes of data across the network, ensuring swift preparation for training. The combination of the server's 8 NVIDIA® H100 GPUs and the high-speed Ethernet interfaces results in a compounding effect, maximizing the value and efficiency of the investment. Enterprises can fully leverage the Dell™ PowerEdge™ XE9680 server's power and capabilities to propel their Generative AI initiatives forward, unlocking new possibilities to fast track business transformation. <br><br> https://infohub.delltechnologies.com/static/media/DAM_64b89881-828b-41a9-b4af-7ec58a9ad533.pdf?_cb=1684350700.89. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | We compared the server and storage switch performance of a Dell PowerEdge R750 equipped with the new Dell PEX88000 series switch, which is a Broadcom PCIe Gen4 switched topology storage adapter, to that of a Dell PowerEdge R740xd, equipped with a Broadcom PCIe Gen3 switch (Dell PEX 9733). Both solutions were dual-processor, and each processor controlled a single switch. To measure each solution's block storage performance, we captured Flexible input/output (FIO) benchmark performance metrics, which offer insight into server and storage adapter performance by  showing:<br><br>https://infohub.delltechnologies.com/en-sg/section-assets/poweredge-r750-broadcom-nvme-comparison/. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | <br>https://infohub.delltechnologies.com/en-nz/section-assets/poweredge-r750-broadcom-nvme-comparison-infographic/. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | <br><br>https://www.dell.com/en-us/shop/cty/pdp/spd/poweredge-r750/pe_r750_tm_vi_vp_sb.<br><br>```<br>--------------------------------------------------------------------------------<br>Dell PowerEdge XE9680 PCIe Switch Firmware Version 4.103.0.6 A00 Release Notes<br>================================================================================<br><br>--------------------------------------------------------------------------------<br>Firmware information<br>--------------------------------------------------------------------------------<br><br>Chip         : Broadcom PEX89144<br>Release Date : 2023-09-26<br>Target Product: PCIe Switch in PowerEdge XE9680 U2<br>Major Version: 4<br>Minor Version: 103<br>Aux Version: 0<br>Build Version: 6<br>Revision:<br>```<br>https://dl.dell.com/FOLDER10521729M/2/XE9680_U2_4.103.0.6_ReleaseNotes_A00.txt. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| |  https://www.dell.com/en-us/shop/ipovw/poweredge-xe9680?search_redirect=poweredge%2Bxe9680. <br><br> https://cdck-file-uploads-global.s3.dualstack.us-west-2.amazonaws.com/nvidia/original/2X/1/1382580512611a4c302ac9b848b809579f5d904a.log. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | ```
Handle 0x0100, DMI type 1, 27 bytes
System Information
     Manufacturer: Dell Inc.
     Product Name: PowerEdge R730
     Version: Not Specified
     Serial Number: 3J9CR52
     UUID: 4C4C4544-004A-3910-8043-B3C04F523532
     Wake-up Type: Power Switch
     SKU Number: SKU=NotProvided;ModelName=PowerEdge R730
     Family: PowerEdge
```<br><br>https://cdck-file-uploads-global.s3.dualstack.us-west-2.amazonaws.com/nvidia/original/2X/1/1382580512611a4c302ac9b848b809579f5d904a.log.<br><br>```
03:00.0 PCI bridge: PLX Technology, Inc. PEX 8747 48-Lane, 5-Port PCI Express Gen 3 (8.0
GT/s) Switch (rev ca) (prog-if 00 [Normal decode])
     Flags: bus master, fast devsel, latency 0
     Bus: primary=03, secondary=04, subordinate=06, sec-latency=0
```<br><br>https://cdck-file-uploads-global.s3.dualstack.us-west-2.amazonaws.com/nvidia/original/2X/1/1382580512611a4c302ac9b848b809579f5d904a.log.<br><br>**Highlights**<br>▪ **PEX 8747 General Features**<br> o 48-lane, 5-port PCIe Gen 3 switch<br>  – Integrated 8.0 GT/s SerDes<br> o 27 x 27mm², 676-pin FCBGA package<br> o Typical Power: 8.0 Watts<br><br>*The ExpressLane™ PEX 8747 device offers Multi-Host PCI Express switching capability enabling users to connect a host to its respective endpoints via scalable, high bandwidth, non-blocking interconnection to a variety of **graphics applications**. The PEX 8747 is optimized to support high-resolution graphics while supporting **peer-to-peer** traffic and multicast for maximum performance.*<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | PEX88000 switches eliminate the topology restrictions of PCIe. The switch allows Multiple Hosts to connect to a single PCIe switch complex to enable topologies for hyper-scale systems. And it does this while staying compatible with standard PCIe protocol.<br><br>https://docs.broadcom.com/doc/BC-0484EN.<br><br>## Multi-Host Connectivity<br><br>Typically, PCIe connectivity allows single-host tree topology where all I/O devices connected to the switch are allocated to a single host. With multi-host functionality introduced by Broadcom in early 2010, users can connect multiple host devices to a PCIe switch and allocate I/O devices to different hosts. Broadcom switches, such as PEX89000, support multi-host connectivity and also allow dynamic removal, addition, and allocation of the I/O devices from one host to the other.<br><br>https://docs.broadcom.com/doc/PEX89000-Managed-PCI-Express-5.0-Switches. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Multi-Host Systems**<br>In multi-host mode, the PEX8749 can be shared by up to six hosts in a system. By creating six virtual switches, the PEX8749 allows six hosts to fan-out to their respective endpoints. This reduces the number <br>**Figure 7. Multi-Host System** |
| | https://docs.broadcom.com/doc/12351856. |
| [23.1] a plurality of transfer resources, each transferring data received from the circuits; and | The Accused Instrumentalities include a plurality of transfer resources, each transferring data received from the circuits.<br><br>For example, the multi-host switches use multiple PCIe ports, including one upstream link to the Root Complex and two downstream links to GPU modules, which transfer data received from the circuits.<br><br>*See, e.g.:* |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Dual-GPU Fan-out**<br><br>In a graphics fan-out application (see Figure 3), the PEX 8747 drives a dual-output display. The PEX 8747 will fan out to two Graphics Modules (shown as GPUs in the Figures) via the two x16 downstream ports while the x16 upstream port links to the Root Complex. Each graphics module drives its own monitor. Increasing memory and bandwidth requirements have put a strain on local GPU memory. The PEX 8747 allows for highly efficient data transfers over the PCI Express bus, allowing the Graphics Module to utilize the system memory and render it as if it were local graphics memory. In a fan-out application such as this one, each Graphics Module drives its own output.<br><br><br>**Figure 3. Dual Graphics Fan-Out**<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **PEX 8747 Key Features**<br>○ **Standards Compliant**<br>  – PCI Express Base Specification, r3.0<br>    (compatible w/ PCIe r1.0a/1.1 & 2.0)<br>  – PCI Power Management Spec, r1.2<br>  – Microsoft Vista Compliant<br>  – Supports Access Control Services<br>  – Dynamic link-width control<br>  – Dynamic SerDes speed control<br>○ **High Performance**<br>  ♦ *performance*PAK<br>    ✓ Read Pacing (bandwidth throttling)<br>    ✓ Multicast<br>    ✓ Dynamic Buffer/FC Credit Pool<br>  – Non-blocking switch fabric<br>  – Full line rate on all ports<br>  – Packet Cut-Thru with 100ns max packet<br>    latency (x16 to x16)<br>  – 2KB Max Payload Size<br>○ **Flexible Configuration**<br>  – Ports configurable as x8 or x16<br>  – Registers configurable with strapping<br>    pins, EEPROM, I$^2$C, or host software<br>  – Lane and polarity reversal<br>  – Compatible with PCIe 1.0a PM<br>○ **Quality of Service (QoS)**<br>  – Eight traffic classes per port<br>  – Weighted round-robin source<br>    port arbitration<br>○ **Reliability, Availability, Serviceability**<br>  ♦ *vision*PAK<br>    ✓ Per Port Performance Monitoring<br>      ▪ Per port payload & header counters<br>    ✓ SerDes Eye Capture<br>    ✓ PCIe Packet Generator<br>    ✓ Error Injection and Loopback<br>  – All ports hot plug capable thru I$^2$C<br>    (Hot Plug Controller on every port)<br>  – ECRC and Poison bit support<br><br>https://docs.broadcom.com/doc/12351854. | **High Performance & Low Packet Latency**<br>The PEX 8747 architecture supports packet **cut-thru with a maximum latency of 100ns (x16 to x16).** This, combined with large packet memory, flexible common buffer/FC credit pool and non-blocking internal switch architecture, provides full line rate on all ports for performance-hungry applications such as **servers** and **switch fabrics**. The low latency enables applications to achieve high throughput and low latency. In addition to low latency, the device supports a packet payload size of up to 2048 bytes, enabling the user to achieve even higher throughput.<br><br>**Data Integrity**<br>The PEX 8747 provides **end-to-end CRC** (ECRC) protection and **Poison bit** support to enable designs that require **end-to-end data integrity**. PLX also supports data path parity and memory (RAM) error correction circuitry throughout the internal data paths as packets pass through the switch.<br><br>**Flexible Configuration**<br>The PEX 8747's 5 ports can be configured to lane widths of x8 or x16. Flexible buffer allocation, along with the device's **flexible packet flow control,** maximizes throughput for applications where more traffic flows in the downstream, rather than upstream, direction. Any port can be designated as the upstream port, which can be changed dynamically. Figure 1 shows some of the PEX 8747's common port configurations.<br><br><br>**Figure 1. Common Port Configurations** |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | • Any port can be a host port or downstream (device) port <br><br> https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. <br><br> The PEX89000 switches offer up to 1024 Gb/s (128 GB/s) raw bandwidth per port (x16). The largest PEX89000 switch with 144 PCIe Gen 5.0 lanes allows user to achieve up to 9,216 Tb/s (1,152 GB/s) of raw bandwidth through the device. <br><br> https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. |
| [23.2] a transfer resource management portion that sets operating status of each of the plurality of transfer resources to either one of a plurality of transfer-enabled states based on a load on the data transfer control device and that manage each of the plurality of transfer resources so as to assume the set operating status, <br><br> wherein the plurality of transfer-enabled states are states which data transfer is enabled and which mutually differ in terms of at least one | The Accused Instrumentalities include a transfer resource management portion that sets operating status of each of the plurality of transfer resources to either one of a plurality of transfer-enabled states based on a load on the data transfer control device and that manage each of the plurality of transfer resources so as to assume the set operating status. <br><br> For example, the Dell servers includes dynamic link-width adjustment and dynamic SerDes speed control, which sets the the operating status of each SerDes lane, for example x8 (Gen3), x4 (Gen2), or x1 (Gen1), according to current traffic load. When load is low, the function turns off unnecessary lanes or restrains them to lower speeds, reducing power. <br><br> *See, e.g.*: |

| Claim 23 | Accused Instrumentalities |
|---|---|
| of performance and power consumption level; and | **PEX 8747 Key Features**<br>o **Standards Compliant**<br>  – PCI Express Base Specification, r3.0 (compatible w/ PCIe r1.0a/1.1 & 2.0)<br>  – PCI Power Management Spec, r1.2<br>  – Microsoft Vista Compliant<br>  – Supports Access Control Services<br>  – Dynamic link-width control<br>  – Dynamic SerDes speed control<br><br>https://docs.broadcom.com/doc/12351854.<br><br>**Performance Monitoring**<br>The PEX 8747's real time performance monitoring allows users to literally "see" ingress and egress performance on each port as traffic passes through the switch using PLX's Software Development Kit (SDK). The monitoring is<br><br>https://docs.broadcom.com/doc/12351854.<br><br>**SerDes Power and Signal Management**<br>The PEX 8747 provides the low power capability that is fully compliant with the PCIe power management specification and supports software control of the SerDes outputs to allow optimization of power and signal strength in a system. Furthermore, the SerDes block supports **loop-back modes** and<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **1.16 PEX 87xx Disables Inactive Lanes upon Entry to Configuration Complete State**<br><br>https://docs.broadcom.com/doc/PEX8749-48-47-33-32-25-24-23-17-16-13-12-Errata-and-Cautions.<br><br>**Impact:** Software initiated dynamic link width adjustment to save power may need to be disabled if the external device cannot handle this behavior.<br><br>https://docs.broadcom.com/doc/PEX8749-48-47-33-32-25-24-23-17-16-13-12-Errata-and-Cautions.<br><br>**Embedded ARM CPU**<br><br>Each PEX89000 PCIe switch is equipped with an embedded ARM CPU, internal RAM, timer blocks, watchdog timer, and vectored interrupt controllers. The embedded CPU can be used to configure desired switch functionality, creation of synthetic hierarchy, I/O allocation, I/O management, Hot add/remove, and interrupt handling.<br><br>https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Software-Defined PCIe Switch Fabric**<br><br>The switches are designed for hybrid hardware/software platforms that offer high configurability (the number of hosts, downstream ports, and assignment of the slots/ports with those hosts). Once the configuration is complete, the data flows directly between connected devices with hardware support, enabling the fabric to offer non-blocking, line-speed performance with features such as I/O sharing. The solution offers an innovative approach to set up and control the PEX89000 switches, configure the routing tables, handle errors, Hot-Plug events, and enable the solution using an embedded CPU without impacting data flowing through the switch.<br><br>https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | PEX89000 Series<br><br>• Each port speed (Gen1/2/3/4/5) independent of others<br><br>• Choice of link width: x1, x2, x4, x8, or x16<br><br>https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. |
| [23.3] a load distribution portion that distributes the data to transfer resources that have been set to the transfer-enabled states, | The Accused Instrumentalities include a load distribution portion that distributes the data to transfer resources that have been set to the transfer-enabled states.<br><br>For example, Dell servers allocate servicing across multiple ports, traffic classes, and channels and distributes data among active transfer-enabled paths.<br><br>*See, e.g.*: |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Host Centric Fan-out**<br>The PEX8750, with its symmetric or asymmetric lane configuration capability, allows user-specific tuning to a variety of host-centric applications. Figure 6 shows a **server** design where, in a quad or multi processor system, users can assign endpoints/slots to CPU cores to distribute the system load. The packets directed to different CPUs will go to different (user assigned) PEX8750 upstream ports, allowing better queuing and load balancing capability for higher performance.<br><br>**Figure 6. Host Centric Dual Upstream**<br>https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/841/PEX8750_Brief.pdf. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Flexible Configuration**<br>The PEX 8747's 5 ports can be configured to lane widths of x8 or x16. Flexible buffer allocation, along with the device's **flexible packet flow control,** maximizes throughput for applications where more traffic flows in the downstream, rather than upstream, direction. Any port can be designated as the upstream port, which can be changed dynamically. Figure 1 shows some of the PEX 8747's common port configurations.<br><br>**Figure 1. Common Port Configurations**<br><br>https://docs.broadcom.com/doc/12351854.<br><br>○ **Quality of Service (QoS)**<br>   – Eight traffic classes per port<br>   – Weighted round-robin source port arbitration<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **87xx WRR Port Arbitration Table Inconsistencies**<br><br>**Solution/Workaround:** For issue1: There is no issue with hardware default assignment. If the customer reprograms the WRR port arbitration table slots assignment, program the upstream port number to at least one slot of WRR port arbitration table.<br><br>https://docs.broadcom.com/doc/pub-005017.<br><br><br><br>https://www.ituonline.com/tech-definitions/what-is-weighted-round-robin-wrr/.<br><br>**Dynamic Buffer Pool**<br>The PEX 8747 employs a dynamic buffer pool for Flow Control (FC) management. As opposed to a static buffer scheme which assigns fixed, static buffers to each port, PLX's dynamic buffer allocation scheme utilizes a common pool of FC Credits which are shared by other ports. This shared buffer pool is fully programmable by the user, so FC credits can be allocated among the ports as needed. Not only does this prevent wasted buffers and inappropriate buffer assignments, any unallocated buffers<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Multicast**<br>The Multicast feature enables the copying of data (packets) from one ingress port to multiple (up to 4) egress ports in one transaction allowing for higher performance in dual-graphics, storage, security, and redundant applications, among others. Multicast relieves the CPU from having to conduct multiple redundant transactions, resulting in higher system performance.<br><br>https://docs.broadcom.com/doc/12351854.<br><br>   ○ **High Performance**<br>      ◆ *performance*PAK<br>        ✓ Read Pacing (bandwidth throttling)<br>        ✓ Multicast<br>        ✓ Dynamic Buffer/FC Credit Pool<br>     – Non-blocking switch fabric<br>     – Full line rate on all ports<br><br>https://docs.broadcom.com/doc/12351854. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Read Pacing**<br>The Read Pacing feature allows users to throttle the amount of read requests being made by downstream devices. When a downstream device requests several long reads back-to-back, the Root Complex gets tied up in serving that downstream port. If that port has a narrow link and is therefore slow in receiving these read packets from the Root Complex, then other downstream ports may become starved – thus, impacting performance. The Read Pacing feature enhances performances by allowing for the adequate servicing of all downstream devices.<br><br>https://docs.broadcom.com/doc/12351854.<br><br>**Performance Monitoring**<br>The PEX 8747's real time performance monitoring allows users to literally "see" ingress and egress performance on each port as traffic passes through the switch using PLX's Software Development Kit (SDK). The monitoring is<br><br>https://docs.broadcom.com/doc/12351854. |
| [23.4] wherein in response to an instruction from the transfer resource management portion, the plurality of transfer resources include:<br><br>a first transfer resource set in one of the plurality of transfer-enabled states; and | The Accused Instrumentalities include a load distribution portion that distributes the data to transfer resources that have been set to the transfer-enabled states, wherein in response to an instruction from the transfer resource management portion, the plurality of transfer resources include: a first transfer resource set in one of the plurality of transfer-enabled states; and a second transfer resource set in another of the plurality of transfer-enabled states that differs from the transfer-enabled state of the first transfer resource in terms of at least one of performance and power consumption level.<br><br>For example, the Dell servers allow each port to operate independently with selectable link widths and PCIe speeds, enabling different operating states for different ports (e.g., Gen1/2/3/4/5 |

| Claim 23 | Accused Instrumentalities |
|---|---|
| a second transfer resource set in another of the plurality of transfer-enabled states that differs from the transfer-enabled state of the first transfer resource in terms of at least one of performance and power consumption level. | independent of others) so each port can be configured to lane widths of x8 or x16, which have different performance and power consumption levels. *See, e.g.*: <br><br> **5.1 Dynamic Link Width & Speed Adjustment** <br> The PEX 8600 switches support configurable options that allow software to dynamically change the width and the speed of the link based on the traffic density or other system-specific usage modes. When traffic density is low, dynamic link width adjustment allows for unnecessary SerDes lanes to be dynamically turned off for power savings. Similarly, dynamic speed adjustment allows for the SerDes lanes to dynamically train down to Gen 1 (2.5 GT/s) speeds when traffic density is low to save power. <br><br> https://docs.broadcom.com/docs/PEX_8600_Power_Management_Modes_v1.0_28Apr08.pdf. <br><br> • Choice of link width: x1, x2, x4, x8, or x16 <br><br> https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. <br><br> • Each port speed (Gen1/2/3/4/5) independent of others <br><br> https://docs.broadcom.com/docs/PEX89000-Managed-PCI-Express-5.0-Switches. |

| Claim 23 | Accused Instrumentalities |
|---|---|
| | **Flexible Configuration**<br>The PEX 8747's 5 ports can be configured to lane widths of x8 or x16. Flexible buffer allocation, along with the device's **flexible packet flow control,** maximizes throughput for applications where more traffic flows in the downstream, rather than upstream, direction. Any port can be designated as the upstream port, which can be changed dynamically. Figure 1 shows some of the PEX 8747's common port configurations. <br>**Figure 1. Common Port Configurations**<br>https://docs.broadcom.com/doc/12351854. |