# Exhibit 8

## U.S. Patent No. 7,969,880 ("'880 Patent")

**Accused Instrumentalities**

Dell products, including, without limitation, Dell switches running SmartFabric OS10 such as the Dell PowerSwitch devices (e.g., PowerSwitch S3048-ON, PowerSwitch S4048-ON, Dell EMC Networking N3200-ON, PowerSwitch S4048T-ON, PowerSwitch S4112F-ON/S4112T-ON, PowerSwitch S4128F-ON/S4128T-ON, PowerSwitch S4148F-ON/S4148T-ON/S4148FE-ON, PowerSwitch S4148U-ON , PowerSwitch S4248FB-ON /S4248FBL-ON, PowerSwitch S5212F-ON, PowerSwitch S5224F-ON, PowerSwitch S5232F-ON, PowerSwitch S5248F-ON, PowerSwitch S5296F-ON, PowerSwitch S5448F-ON, PowerSwitch S6010-ON, PowerSwitch Z9100-ON, PowerSwitch Z9264F-ON, PowerSwitch Z9332F-ON, PowerSwitch Z9432F-ON, SmartFabric Director, SmartFabric OS10 Software).

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] A network relay device for relaying packets, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities include a network relay device for relaying packets.<br><br>*See* claim limitations below.<br><br>*See also, e.g.*:<br><br><br><br>This article contains resources to help you understand, configure, and troubleshoot your SmartFabric OS10 networking operating system.<br><br>https://www.dell.com/support/kbdoc/en-us/000125512/dell-emc-networking-os10-info-hub. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Cause**<br><br>SmartFabric OS10<br><br>**Resolution**<br><br>Dell Technologies<br><br>**Affected Products**<br><br>Dell EMC Networking VEP1425/VEP1445/VEP1485, PowerSwitch S3048-ON, PowerSwitch S4048-ON, Dell EMC Networking N3200-ON, PowerSwitch S4048T-ON, PowerSwitch S4112F-ON/S4112T-ON, PowerSwitch S4128F-ON/S4128T-ON, PowerSwitch S4148F-ON/S4148T-ON/S4148FE-ON , PowerSwitch S4148U-ON, PowerSwitch S4248FB-ON /S4248FBL-ON, PowerSwitch S5148F-ON, PowerSwitch S5212F-ON, PowerSwitch S5224F-ON, PowerSwitch S5232F-ON, PowerSwitch S5248F-ON, PowerSwitch S5296F-ON, PowerSwitch S5448F-ON, PowerSwitch S6010-ON, PowerSwitch S6100-ON, PowerSwitch Z9100-ON, PowerSwitch Z9264F-ON, PowerSwitch Z9332F-ON, PowerSwitch Z9432F-ON View Less<br><br>https://www.dell.com/support/kbdoc/en-us/000125512/dell-emc-networking-os10-info-hub.<br><br>Hardware Compatibility<br><br>Dell Networking SmartFabric OS10 is Debian Linux based operating system designed to run on PowerSwitch platforms. For a full list of compatible models and software versions, see SmartFabric OS10 Hardware Compatibility List.<br><br>https://www.dell.com/support/kbdoc/en-us/000221543/dell-networking-smartfabric-os10-getting-started-basics-guide.<br><br>Dell SmartFabric OS10 is the new Debian Linux-based operating system for the Dell portfolio disaggregating Networking Hardware and Software in an unprecedented way. SmartFabric OS10 is bundled with Dell full networking protocol stack including L2, L3, DCB, and IP services, and is compatible with common orchestration tools like Ansible, Puppet, and Chef.<br><br>https://www.dell.com/support/manuals/en-us/smartfabric-os10-emp-partner/smartfabric-os-user-guide-10-5-6/smartfabric-os10-hardware-compatibility-list?guid=guid-f65d0081-9b31-45b4-badd-f74baa6ae662&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | CT switching offers low-latency performance for SCSI traffic. Use CT switching in packet-switching systems. The switch forwards packets or frames to its destination immediately after the destination address is processed without waiting to receive the entire data. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-2-6/low-latency-modes?guid=guid-ef079d69-ff6a-4f48-a281-d21136457989&lang=en-us. |
| | A L2 domain that receives packets from member interfaces and forwards or floods them to other member interfaces based on the destination MAC address of the packet. OS10 supports two types of bridge domains: simple VLAN and virtual network. |
| | https://www.dell.com/support/manuals/en-us/smartfabric-os10-emp-partner/vxlan-evpn-10-5-2_ug/vxlan-concepts?guid=guid-2542b229-c209-4c90-8c18-2441c878f4fc&lang=en-us. |
| | OS10 Premium Edition software enables Dell EMC layer 2 and 3 switching and routing protocols with integrated IP Services, Quality of Service, Manageability and Automation features |
| | https://i.dell.com/sites/csdocuments/Shared-Content_data-Sheets_Documents/en/dell-emc-networking-s5148f-on-spec-sheet.pdf. |
| [1.1] an interface module including a plurality of physical ports for connection to lines, and configured to | The Accused Instrumentalities include an interface module including a plurality of physical ports for connection to lines, and configured to transmit and receive packets through the lines.<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
| transmit and receive packets through the lines; | The S5296F-ON switch I/O-side view:<br><br>1. USB Type A<br>2. Ninety-six 25GbE SFP28 ports<br>3. Eight 100GbE QSFP28 ports<br>4. Luggage tag<br>5. Reset button<br>6. Stack ID<br>7. MicroUSB-B console port<br>8. RJ45 console port<br>9. LED status icons<br>10. RJ45 Ethernet port<br><br>https://www.dell.com/support/manuals/en-us/networking-s5212f-on/s5200-on_install_pub/introduction?guid=guid-a0e1656a-ceb0-4be8-a67c-bcc9e08125cd&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | # Dell SmartFabric OS10 User Guide Release 10.6.1 |
| | Interface mode is a sub-mode of CONFIGURATION mode. In Interface mode, you configure Layer 2 (L2) and Layer 3 (L3) protocols, and IPv4 and IPv6 services on an interface: |
| | • Physical interfaces include the Management interface and Ethernet ports. <br> • Logical interfaces include Loopback, link aggregation group (LAG), and virtual local area networks (VLANs). |
| | https://www.dell.com/support/manuals/en-us/smartfabric-os10-emp-partner/smartfabric-os-user-guide-10-6-1-x/configuration-mode?guid=guid-af65d7ea-baa1-4a68-a44f-ba89e4ff327f&lang=en-us. |
| | ## Port-groups on S5200F-ON switches |
| | On the S5200F-ON series switches, port-groups determine the available front-panel Ethernet ports and supported breakout interfaces. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/port-groups-on-s5200f-on-switches?guid=guid-1a9f6680-ab7e-4cfa-9c94-96cf3b436f8c&lang=en-us. |
| | The S5048F-ON switch is a one rack unit, full-featured, fixed form-factor top-of-rack (ToR) compact 10/25/40/50/100GbE switch. Also, the S5048F-ON switch has 10/25GbE links for server connections and 40/50/100GbE links for clustering. The switch includes two hot-swappable AC or DC power supply units (PSUs) and four hot-swappable fan units. |
| | https://www.dell.com/support/manuals/en-us/networking-s5048f-on/s5048f_on_install_pub/introduction?guid=guid-16f9ccb8-9c19-4d15-a25e-44ff8eedc604&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>https://www.delltechnologies.com/asset/en-us/products/networking/technical-support/dell_emc_networking-s5200_on_spec_sheet.pdf.<br><br>The PowerSwitch S5200-ON 25/100GbE fixed switches comprise Dell Technologies' latest disaggregated hardware and software data center networking solutions, providing state-of-the-art, high-density 25/100GbE ports and a broad range of functionality to meet the growing demands of today's data center environment. These innovative, next-generation open networking switches offer optimum flexibility and cost-effectiveness for web 2.0, enterprise and cloud service providers with demanding compute and storage traffic environments.<br><br>https://www.delltechnologies.com/asset/en-us/products/networking/technical-support/dell_emc_networking-s5200_on_spec_sheet.pdf. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | The S5200-ON is a complete family of switches:12-port, 24-port, and 48-port 25GbE/100GbE ToR switches, 96-port 25GbE/100GbE Middle of Row (MoR)/End of Row (EoR) switch, and a 32-port 100GbE Multi-Rate Spine/ Leaf switch. From the compact half-rack width S5212F-ON providing an ideal form factor for hyper-converged deployments, to the high density S5296F-ON for Middle of Row deployments, the S5200-ON series offers performance and flexibility for a variety of network designs. <br><br> https://www.delltechnologies.com/asset/en-us/products/networking/technical-support/dell_emc_networking-s5200_on_spec_sheet.pdf. <br><br> **Configure polling interval for Ethernet interface counters** <br><br> OS10 caches the interface counters every 15 s. The interface statistics include the number of packets that are sent or received through an interface. You can change this polling interval for Ethernet interface counters from 1 s to 15 s. <br><br> https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-3/configure-polling-interval-for-ethernet-interface-counters?guid=guid-fe868de8-f32a-48dc-98ab-9baa59cfa2b4&lang=en-us. <br><br> The local physical ports assigned to the VLAN transmit packets over the virtual network. <br><br> https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/vxlan-evpn-ug-pub/configure-vlan-tagged-access-ports?guid=guid-8ed33971-7cf1-43e0-a88f-8aeb958f53c5&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.2] a computing module configured to execute a computing process with a computational expression using seed information including at least one of destination information and source information associated with a received packet; | The Accused Instrumentalities include a computing module configured to execute a computing process with a computational expression using seed information including at least one of destination information and source information associated with a received packet.<br><br>For example, Dell switches running SmartFabric OS10 include a computing module that executes hash algorithms using source and destination packet information.<br><br>*See, e.g.*: |

<div style="border:1px solid #000; padding:10px;">

## Load balance traffic

Use hashing to load balance traffic across member interfaces of a port-channel. Load balancing uses source and destination packet information to distribute traffic over multiple interfaces when transferring data to a destination.

For packets without an L3 header, OS10 automatically uses the `load-balancing mac-selection destination-mac` command for hash algorithms by default.

</div>

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/load-balance-traffic?guid=guid-765ca08d-2fb6-45bc-880e-8191570c3e80&lang=en-us.

<div style="border:1px solid #000; padding:10px;">

- `ip-selection [destination-ip | source-ip | protocol | vlan-id | l4-destination-port | l4-source-port]` — Uses the destination IP address, source IP address, protocol, VLAN ID, Layer 4 destination port or Layer 4 source port in the hash calculation.
- `ipv6-selection [destination-ip | source-ip | protocol | vlan-id | l4-destination-port | l4-source-port]` — Uses the destination IPv6 address, source IPv6 address, protocol, VLAN ID, Layer 4 port or Layer 4 source port in the hash calculation.
- `mac-selection [destination-mac | source-mac] [ethertype | vlan-id]` — Uses the destination MAC address or source MAC address, and ethertype, or VLAN ID in the hash calculation.

</div>

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/load-balance-traffic?guid=guid-765ca08d-2fb6-45bc-880e-8191570c3e80&lang=en-us.

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Usage Information    The hash value that is calculated with this command is unique to the entire system. Different hash algorithms are based on the number of LAG members and packet values.<br><br>https://www.dell.com/support/manuals/en-us/smartfabric-os10-emp-partner/smartfabric-os-user-guide-10-5-6/hash-algorithm?guid=guid-e46a9583-2f09-4488-bc62-7bb5c03f7356&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | ## Load balancing<br><br>To increase bandwidth, traffic is balanced across member links. RTAG7 is a hash algorithm that load balances traffic within a trunk group in a controlled manner. RTAG7 balances traffic to more effectively use member links as traffic gets more diverse.<br><br>RTAG7 generates a hash that consists of two parts:<br><br>• The first part generates from packet headers to identify micro-flows in traffic. By default, all listed parameters are enabled for load balancing except the ingress port.<br><br><code>OS10# show load-balance</code><br><br><code>Load-Balancing Configuration For LAG and ECMP:</code><br><code>------------------------------------------------</code><br><code>IPV4 Load Balancing        : Enabled</code><br><code>IPV6 Load Balancing        : Enabled</code><br><code>MAC Load Balancing         : Enabled</code><br><code>TCP-UDP Load Balancing     : Enabled</code><br><code>Ingress Port Load Balancing : Disabled</code><br><code>IPV4 FIELDS   : source-ip destination-ip protocol vlan-id l4-destination-port l4-source-port</code><br><code>IPV6 FIELDS   : source-ip destination-ip protocol vlan-id l4-destination-port l4-source-port</code><br><code>MAC FIELDS    : source-mac destination-mac  ethertype  vlan-id</code><br><code>TCP-UDP FIELDS: l4-destination-port  l4-source-port</code><br><br>• The second part generates from the static physical configuration such as the ingress and egress port numbers.<br><br>To generate load balancing based on any parameters, change the hash field using the `load-balance` command. The example shows how to enable the ingress port to generate load balancing based on the ingress parameter.<br><br>https://www.dell.com/support/manuals/en-us/networking-n3200-on/smartfabric-os-user-guide-10-5-1/load-balancing?guid=guid-737e4966-6873-4462-9e62-d542cf459413&lang=en-us. |

## load-balancing

Distributes or load balances incoming traffic using the default parameters in the hash algorithm.

| | |
|---|---|
| Syntax | `load-balancing {ingress-port enable | [tcp-udp-selection l4-destination-port | l4-source-port] | [ip-selection destination-ip | source-ip | protocol | vlan-id | l4-destination-port | l4-source-port] | [ipv6-selection destination-ip | source-ip | protocol | vlan-id | l4-destination-port | l4-source-port] | [mac-selection destination-mac | source-mac | ethertype | vlan-id]}` |
| Parameters | • `ingress-port enable` — Enables load-balancing on ingress ports.<br>• `tcp-udp-selection` — Enables the TCP UDP port for the load-balancing configuration.<br>• `ip-selection` — Enables IPv4 parameters to use in the hash computation.<br>• `ipv6-selection` — Enables IPV6 key parameters to use in hash computation.<br>• `destination-ip` — Enables the destination IP address in the hash calculation.<br>• `source-ip` — Enables the source IP address in the hash calculation.<br>• `protocol` — Enables protocol information in the hash calculation.<br>• `vlan-id` — Enables VLAN ID information in the hash calculation.<br>• `l4-destination-port` — Enables Layer 4 (L4) destination port information in the hash calculation.<br>• `l4-source-port` — Enables L4 source port information in the hash calculation.<br>• `mac-selection` — Enables MAC load-balancing configurations.<br>• `destination-mac`— Enables destination MAC information in the hash calculation.<br>• `source-mac`— Enables source MAC information in the hash calculation.<br>• `ethertype` — Enables Ethernet type information in the hash calculation. |

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/load-balancing?guid=guid-53a0d584-730d-4edd-9eac-c7bb80f66aaa&lang=en-us.

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.3] a destination search module configured to, based on the result of the computation and with reference to associations between computation results and output physical ports, select a physical port for transmission of the received packet from a plurality of candidate ports among the plurality of physical ports, each of the plurality of candidate ports being able to access a destination identified by the destination information; and | The Accused Instrumentalities include a destination search module configured to, based on the result of the computation and with reference to associations between computation results and output physical ports, select a physical port for transmission of the received packet from a plurality of candidate ports among the plurality of physical ports, each of the plurality of candidate ports being able to access a destination identified by the destination information.<br><br>For example, Dell switches running SmartFabric OS10 include a load balancer that, based on a hash, with reference to member ports, selects a packet port for tansmission from a plurality of candidate ports, each of which are able to access a destination identified by the destination information.<br><br>*See, e.g.*:<br><br>To increase bandwidth and for load balancing, traffic distributes across the next hops of an ECMP group or member ports of a port channel. OS10 uses a hash algorithm to determine a hash key. The egress port in a port channel or the next hop in an ECMP group is selected based on the hash key modulo the number of ports in a port channel or next hops in an ECMP group, respectively. When a member link goes down or a new member link is added, the traffic flows remap based on the new hash result.<br><br>https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/resilient-hashing?guid=guid-cf1a0cbd-71e5-4d7a-b896-69ccac3d9fcc&lang=en-us.<br><br>Use hashing to load balance traffic across member interfaces of a port-channel. Load balancing uses source and destination packet information to distribute traffic over multiple interfaces when transferring data to a destination.<br><br>https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/load-balance-traffic?guid=guid-765ca08d-2fb6-45bc-880e-8191570c3e80&lang=en-us.<br><br>Member ports of a LAG are added and programmed into the hardware based on the port ID, instead of the order the ports come up. Load balancing yields predictable results across resets and reloads.<br><br>https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/port-channel-interfaces?guid=guid-ab7c7e18-5e58-4a9a-83e1-d0e4119f492d&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | In this section, the term, "member link" refers to either a member physical port, in the case of port channels or next hop in the case of ECMP groups. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/resilient-hashing?guid=guid-cf1a0cbd-71e5-4d7a-b896-69ccac3d9fcc&lang=en-us. |
| | When a port-channel member leaves or is added to the port-channel, the hash algorithm recalculates to balance traffic across the members. The `no` version of this command returns the value to the default. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/hash-algorithm?guid=guid-e46a9583-2f09-4488-bc62-7bb5c03f7356&lang=en-us. |
| | ## Port-channel interfaces <br><br> Port-channels are not configured by default. Link aggregation (LA) is a method of grouping multiple physical interfaces into a single logical interface — a link aggregation group (LAG) or port-channel. A port-channel aggregates the bandwidth of member links, provides redundancy, and load balances traffic. If a member port fails, the OS10 device redirects traffic to the remaining ports. <br><br> To configure a port-channel, use the same configuration commands as the Ethernet port interfaces. Port-channels are transparent to network configurations and manage as a single interface. For example, configure one IP address for the group, and use the IP address for all routed traffic on the port-channel. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/port-channel-interfaces?guid=guid-ab7c7e18-5e58-4a9a-83e1-d0e4119f492d&lang=en-us. |
| | Configure a LAG for a connected end device <br><br> The following example uses Ethernet 1/1/10 on both VLT peers, in a LACP Port-Channel, to connect to one end device. |
| | https://www.dell.com/support/kbdoc/en-us/000102901/dell-emc-networking-os10-how-to-set-up-virtual-link-trunking-vlt. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | 2. Assign the same ID to a VLT port channel on each VLT peer. The peers are seen as a single switch to downstream devices.<br><br>`vlt-port-channel vlt-port-channel-id`<br><br>https://www.dell.com/support/manuals/en-us/smartfabric-os10-emp-partner/smartfabric-os-user-guide-10-5-2/configure-a-vlt-port-channel?guid=guid-ff87f241-52ec-4edf-afa9-6b06681b61e7&lang=en-us.<br><br><br>Example (Interface)<br>```<br>OS10(conf-range-eth1/1/10-1/1/11,1/1/13,1/1/14)# do<br>show port-channel summary<br>Flags: D - Down U - member up but inactive P -<br>member up and active<br>U - Up (port-channel)<br><br>Group Port-Channel Type Protocol Member Ports<br><br>22 port-channel22 (U) Eth STATIC 1/1/10(P)<br>1/1/11(P) 1/1/12(P) 1/1/13(P) 1/1/14(P) 1/1/15(P)<br>1/1/16(P) 1/1/17(P) 1/1/18(P) 1/1/19(P)<br>23 port-channel23 (D) Eth STATIC<br>OS10(config)# interface range e1/1/12-<br>1/1/13,1/1/15,1/1/17-1/1/18<br>OS10(conf-range-eth1/1/12-1/1/13,1/1/15,1/1/17-<br>1/1/18)# no channel-group<br>OS10(conf-range-eth1/1/12-1/1/13,1/1/15,1/1/17-<br>1/1/18)# do show port-channel summary<br>Flags: D - Down U - member up but inactive P -<br>member up and active<br>U - Up (port-channel)<br><br>Group Port-Channel Type Protocol Member Ports<br><br>22 port-channel22 (U) Eth STATIC 1/1/10(P)<br>1/1/11(P) 1/1/14(P) 1/1/16(P) 1/1/19(P)<br>23 port-channel23 (D) Eth STATIC<br>```<br><br>https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-3/show-port-channel-summary?guid=guid-1120a272-ef42-41fc-9932-e220a6cf1d7b&lang=en-us. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.4] a modifying module configured to modify the computational expression without modifying the associations between computation results and output physical ports. | The Accused Instrumentalities include a modifying module configured to modify the computational expression without modifying the associations between computation results and output physical ports.<br><br>For example, Dell switches running SmartFabric OS10 change port-channel load balancing by selecting hash criteria and selecting a LAG hash scheme, including rotating the L2-bit LAG hash. Dell switches running SmartFabric OS10 determine a hash key and selects the egress port using a hash key modulo rule.<br><br>*See, e.g.*: |

**Change hash algorithm**

The `load-balancing` command selects the hash criteria applied to traffic load balancing on port-channels. If you do not obtain even traffic distribution, use the `hash-algorithm` command to select the hash scheme for LAG. Rotate or shift the L2-bit LAG hash until you achieve the desired traffic distribution.

- Change the default (0) to another algorithm and apply it to LAG hashing in CONFIGURATION mode.
  `hash-algorithm lag {crc | xor | random}`

Change hash algorithm
`OS10(config)# hash-algorithm lag crc`

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-2-6/change-hash-algorithm?guid=guid-0b08c0a0-ad5f-4925-b453-4d86fc93e973&lang=en-us.

Use hashing to load balance traffic across member interfaces of a port-channel. Load balancing uses source and destination packet information to distribute traffic over multiple interfaces when transferring data to a destination.

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/load-balance-traffic?guid=guid-765ca08d-2fb6-45bc-880e-8191570c3e80&lang=en-us.

| Claim 1 | Accused Instrumentalities |
|---|---|
| | To increase bandwidth and for load balancing, traffic distributes across the next hops of an ECMP group or member ports of a port channel. OS10 uses a hash algorithm to determine a hash key. The egress port in a port channel or the next hop in an ECMP group is selected based on the hash key modulo the number of ports in a port channel or next hops in an ECMP group, respectively. When a member link goes down or a new member link is added, the traffic flows remap based on the new hash result.<br><br>https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/resilient-hashing?guid=guid-cf1a0cbd-71e5-4d7a-b896-69ccac3d9fcc&lang=en-us. |

## hash-algorithm

Changes the hash algorithm that distributes traffic flows across ECMP paths and the link aggregation group (LAG).

| | |
|---|---|
| Syntax | `hash-algorithm {ecmp | lag | seed {seed-value}} {crc | crc16cc | crc32LSB | crc32MSB | xor | xor1 | xor2 | xor4 | xor8 | random}` |
| Parameters | • `ecmp`—Enables the ECMP hash configuration. <br> • `lag`—Enables the LAG hash configuration for Layer 2 (L2) only. <br> • `seed`—Changes the hash algorithm seed value to get a better hash value. <br> • `seed-value`—Enter a hash algorithm seed value, from 0 to 4294967295. <br> • `crc`—Enables the cyclic redundancy check (CRC) polynomial for hash computation. <br> • `crc16cc`—16 bit CRC16 using CRC16-CCITT polynomial <br> • `crc32LSB`—LSB 16 bits of computed CRC32(default) <br> • `crc32MSB`—MSB 16 bits of computed CRC32 <br> • `xor` — Enables upper 8 bits of CRC and lower 8 bits of XOR value for computation. <br> • `xor1`—Enables upper 8 bits of CRC16-BISYNC and lower 8 bits of xor1 <br> • `xor2`—Enables upper 8 bits of CRC16-BISYNC and lower 8 bits of xor2 <br> • `xor4`—Enables upper 8 bits of CRC16-BISYNC and lower 8 bits of xor4 <br> • `xor8`—Enables upper 8 bits of CRC16-BISYNC and lower 8 bits of xor8 <br> • `random` — Enables a hash algorithm random seed value for ECMP or LAG hash computation. |

https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/hash-algorithm?guid=guid-e46a9583-2f09-4488-bc62-7bb5c03f7356&lang=en-us.

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The hash value calculated with this command is unique to the entire system. Different hash algorithms are based on the number of port-channel members and packet values. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/hash-algorithm?guid=guid-e46a9583-2f09-4488-bc62-7bb5c03f7356&lang=en-us. |
| | ### Port-channel interfaces |
| | Port-channels are not configured by default. Link aggregation (LA) is a method of grouping multiple physical interfaces into a single logical interface — a link aggregation group (LAG) or port-channel. A port-channel aggregates the bandwidth of member links, provides redundancy, and load balances traffic. If a member port fails, the OS10 device redirects traffic to the remaining ports. |
| | Member ports of a LAG are added and programmed into the hardware based on the port ID, instead of the order the ports come up. Load balancing yields predictable results across resets and reloads. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-1/port-channel-interfaces?guid=guid-ab7c7e18-5e58-4a9a-83e1-d0e4119f492d&lang=en-us. |
| | ### enhanced-hashing |
| | Ensures that existing traffic flows are not remapped when a member link goes down. |
| | https://www.dell.com/support/manuals/en-us/dell-emc-smartfabric-os10/smartfabric-os-user-guide-10-5-0/enhanced-hashing?guid=guid-9418cfef-f01f-4aad-97fa-c5a5736c075d&lang=en-us. |