**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ATHENA SECURITY, LLP,<br><br>  Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br><br>  Defendant. | Civil Action No. 7:26-cv-00025 |

## ORDER

The Court, having reviewed and considered the Unopposed Motion for Intra-District Transfer to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division but remain on the docket of United States District Judge Alan D Albright.

SIGNED this 7th day of April, 2026

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT